IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES,**     **PLAINTIFFS**
**JAMES KENLEY**

v.     Case No. 3:21-cv-00218-KGB

**STETSON COURIER INC.,**     **DEFENDANTS**
**JOHN STETSON**

## ORDER

Before the Court is plaintiffs Michael Hames, Jr., Michael E. Hames, and James Kenley's complaint alleging, among other matters, that defendants Stetson Courier, Inc., and John Stetson violated the Fair Labor Standards Act, 29 U.S.C. § 201, and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 (Dkt. No. 1, ¶ 1).  Plaintiffs' claims are closely related to another case recently filed in the Eastern District of Arkansas.  *See Holmes, et al. v. Stetson Courier Inc.*, Case No. 4:20-cv-00191-DPM (filed February 25, 2020).  In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to transfer this case to the Honorable D. P. Marshall Jr.

It is so ordered this 9th day of November, 2021.

*Kristine G. Baker* (signature)
_____
Kristine G. Baker
United States District Judge