# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROY HOLMES;  TINA ALEXANDER;
PATRICK NORRIS;  and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                     PLAINTIFFS

v.                              No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                            DEFENDANTS

MICHAEL HAMES, JR.;  MICHAEL
E. HAMES;  and JAMES KENLEY,
Each Individually and on Behalf
of All Others Similarly Situated                            PLAINTIFFS

v.                              No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                            DEFENDANTS

## ORDER

For the reasons stated on the record at the pretrial conference, Stetson's motion for findings of fact and conclusions of law, *Doc. 82*, is denied.  The Court appreciates the parties' proposed trial plans. Pretrial information sheets due 23 November 2022.  We'll start the trial at 9:30 a.m. on 12 December 2022 and at 8:30 a.m. on the following days, subject to the carveouts mentioned on the record at the pretrial conference.  Each side will get ten hours for proof and argument.

- 2 -

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 November 2022