IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES;  TINA ALEXANDER;
PATRICK NORRIS;  and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFFS

v.                          No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                           DEFENDANTS

MICHAEL E. HAMES and JAMES
KENLEY, Each Individually and on
Behalf of All Others Similarly Situated
                                                           PLAINTIFFS

v.                          No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                           DEFENDANTS

MEMORANDUM OPINION and ORDER

The Court appreciates the parties' post-trial briefs on damages. Based on the whole record, including the Court's evaluation of each witness's credibility, the Court awards the minimum wage and overtime damages specified in Appendix A and the retaliation damages specified in Appendix B.  Here is the Court's reasoning on the main disputed issues about damages.

**Minimum Wage and Overtime Damages.**  The parties agree on the method for calculating the couriers' minimum wage and overtime damages under the Fair Labor Standards Act and the Arkansas Minimum Wage Act.  But the Court has made some adjustments and deductions to the couriers' calculations.  The changes are based on the applicable law, as well as a week-by-week analysis of the facts the Court finds based on the testimony and documents.

First, the Court has used the Arkansas mileage reimbursement in calculating the couriers' effective gross pay.  29 C.F.R. § 778.217(c)(2)(i). The Court agrees with Stetson that, in the circumstances presented, the state rate best captures the couriers' expenses.  It was clear that the couriers incurred vehicle expenses in their work.  But it was also clear that the couriers' evidence of actual expenses was incomplete.  The federal rate would create a windfall.

Second, some of the couriers' damages estimates were too speculative, and in some instances simply inaccurate, to support an award rooted in a just and reasonable inference.  *Andersen v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687-88 (1946);  *Holaway v. Stratasys, Inc.*, 771 F.3d 1057, 1059-60 (8th Cir. 2014).  These are the rows marked in red in Appendix A.

The Court didn't award damages for the weeks where the couriers' damages charts did not reflect the information from the available route sheets.  The Court didn't award damages for weeks

- 2 -

where the couriers admitted at trial that their charted hourly or mileage estimations were inaccurate. (The couriers' lawyers should not have submitted these incorrect estimations in the post-trial damages charts.) And the Court didn't award damages for the weeks where the exact same number of hours were claimed even though the testimony established that the miles driven in those weeks varied widely. *Mt. Clemens, supra; Holaway, supra.* For those weeks in which the couriers' damages estimations were too speculative, or unsupported based on all the documentary and testimonial evidence, the Court awarded nominal damages to recognize that the law was violated. *Compare Uzuegbunam v. Preczewski*, 141 S. Ct. 792, 798-801 (2021).

Third, some adjustments must be made on the out-of-pocket expenses because of tax deductions. The Court credited Holmes, Norris, Garner, and Kenley's testimony that they incurred out-of-pocket expenses for drug tests, background checks, HIPAA training, uniforms, cell phone purchases, and cell phone monthly bills. There is no evidence in the record that they deducted these expenses on their income taxes. Those expenses were subtracted from their total pay in the Court's calculation of their effective gross pay. But Alexander took a tax deduction for her business expenses—shirts, HIPAA training, drug test, background check, and the additional line on her phone. *Defendants' Ex. 17.* And Hames took one for his mileage. *Plaintiffs' Ex. 117 at 12.* The Court therefore did not subtract those expenses from

- 3 -

Alexander and Hames's total pay when calculating their effective gross pay. Kenley and Hames asked that their weekly phone bill expenses be subtracted in calculating their total pay, too. Although Stetson points out that their phones were also used for personal matters, that truth doesn't undermine Kenley and Hames's reasonable estimates of those expenses or their argument that they should be accounted for in their effective gross pay calculations. *Mt. Clemens*, 328 U.S. at 687-88. Personal use does not change the fact that the cell phones were essential for the couriers' work.

The Court's calculations for each couriers' minimum wage and overtime damages are attached in Appendix A. The Court compared the couriers' estimates with the testimonial and documentary evidence in the record. The appendix is color-coded to show how the Court made adjustments and deductions. Green means there were no inconsistencies with the record, so the Court awarded damages for that week. Yellow means that there were no facial inconsistencies between the couriers' route sheets and testimony, though there were some differences in the hourly or mileage estimates compared with other weeks' estimates. Because Stetson didn't persuade the Court by a preponderance of the evidence that the couriers' estimates were unreasonable, the Court awarded damages for the yellow weeks in the estimated amounts. *Mt. Clemens*, 328 U.S. at 687-88. Red means that the Court awarded only nominal damages for that week because the

couriers' estimates were, based on other evidence of record, either inaccurate or too speculative.  The blue cell contains the total minimum wage and overtime damages awarded to each courier.

**FLSA Retaliation Damages.**  The Court held from the bench that liquidated damages weren't appropriate in this case.  *Braswell v. City of El Dorado*, 187 F.3d 954, 958-59 (8th Cir. 1999).   The Court has reconsidered that ruling as the couriers requested, but remains of the same mind:  Given all the facts, the statute's anti-retaliation purpose is achieved without doubling.

The parties disagree on the method for calculating retaliation damages for Norris, Alexander, Garner, and Holmes—the employees who were fired by Stetson in April 2020 after they filed this case.  The Court concludes that the best measure of each courier's retaliation damages is their regular rate based on effective gross pay.  29 C.F.R. § 778.217.  The Court also limited the potential recovery period for these damages to one year after the couriers' firing, as suggested by Stetson, rather than the three years sought by the couriers.  Stetson argues that the couriers shouldn't recover for any period of unemployment.  But Stetson didn't prove that any affected courier failed to exercise reasonable diligence to mitigate their damages, especially considering the start of the COVID-19 pandemic in March 2020.  *Fiedler v. Indianhead Truck Line, Inc.*, 670 F.2d 806, 809 (8th Cir. 1982);  *Johnson v. Martin*, 473 F.3d 220, 222 (5th Cir. 2006).  Twelve weeks is a reasonable period

for any courier to recover retaliation damages if the employee did not seek another job.  Two did not:  Alexander and Holmes.

The Court's calculations for Holmes, Alexander, Norris, and Garner's retaliation damages are in Appendix B.  It's color-coded, too. Green means the Court awarded damages for that time period.  The yellow in Alexander's chart reflects the period when she got a new job. The Court credits her trial testimony that the damages chart was incorrect and awarded her damages based on the difference between what she would have made at Stetson and what she did make at Instacart.  Red means that no damages are awarded.  The blue cell contains the total retaliation damages the Court awarded to each courier.

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

29 September 2023

# Appendix A — Minimum Wage and Overtime Damages

### Color Key

| Color | Meaning |
|---|---|
| Green | Damages awarded |
| Yellow | Some inconsistencies present, but damages awarded because Stetson didn't prove couriers' estimates unreasonable |
| Red | Nominal damages awarded |
| Blue | Total damages awarded |

# Patrick Norris — Minimum Wage and Overtime Damages

| Beginning of Week | Total Pay | Hours | Miles | AR Mileage Reimb. Rate | Shirt | Background Check | Drug Test | Effective Gross Pay | AR MW | Regular Rate | OT Rate | Unpaid MW | Unpaid OT | Awarded Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2019 | $1,272.00 | 60 | 500 | $0.42 | $25.00 | | | $1,037.00 | $9.25 | $17.28 | $8.64 | $0 | $172.80 | $172.80 |
| 6/23/2019 | $999.00 | 60 | 500 | $0.42 | | $65.00 | | $724.00 | $9.25 | $12.07 | $6.04 | $0 | $120.80 | $120.80 |
| 6/30/2019 | $1,300.00 | 60 | 500 | $0.42 | | | $35.00 | $1,055.00 | $9.25 | $17.58 | $8.79 | $0 | $175.80 | $175.80 |
| 7/7/2019 | $1,204.00 | 60 | 500 | $0.42 | | | | $994.00 | $9.25 | $16.57 | $8.29 | $0 | $165.80 | $165.80 |
| 7/14/2019 | $830.00 | 60 | 500 | $0.42 | | | | $620.00 | $9.25 | $10.33 | $5.17 | $0 | $103.40 | $103.40 |
| 7/21/2019 | $810.00 | 60 | 500 | $0.42 | | | | $600.00 | $9.25 | $10.00 | $5.00 | $0 | $100.00 | $100.00 |
| 7/28/2019 | $830.00 | 60 | 500 | $0.42 | | | | $620.00 | $9.25 | $10.33 | $5.17 | $0 | $103.40 | $103.40 |
| 8/4/2019 | $810.00 | 60 | 500 | $0.42 | | | | $600.00 | $9.25 | $10.00 | $5.00 | $0 | $100.00 | $100.00 |
| 8/11/2019 | $882.00 | 60 | 500 | $0.42 | | | | $672.00 | $9.25 | $11.20 | $5.60 | $0 | $112.00 | $112.00 |
| 8/18/2019 | $1,110.00 | 60 | 500 | $0.42 | | | | $900.00 | $9.25 | $15.00 | $7.50 | $0 | $150.00 | $150.00 |
| 8/25/2019 | $1,050.00 | 60 | 500 | $0.42 | | | | $840.00 | $9.25 | $14.00 | $7.00 | $0 | $140.00 | $140.00 |
| 9/1/2019 | $957.00 | 60 | 500 | $0.42 | | | | $747.00 | $9.25 | $12.45 | $6.23 | $0 | $124.60 | $124.60 |
| 9/8/2019 | $1,050.00 | 60 | 500 | $0.42 | | | | $840.00 | $9.25 | $14.00 | $7.00 | $0 | $140.00 | $140.00 |
| 9/15/2019 | $1,272.00 | 60 | 500 | $0.42 | | | | $1,062.00 | $9.25 | $17.70 | $8.85 | $0 | $177.00 | $177.00 |
| 9/22/2019 | $1,283.00 | 60 | 500 | $0.42 | | | | $1,073.00 | $9.25 | $17.83 | $8.92 | $0 | $178.40 | $178.40 |
| 9/29/2019 | $1,110.00 | 60 | 500 | $0.42 | | | | $900.00 | $9.25 | $15.00 | $7.50 | $0 | $150.00 | $150.00 |
| 10/6/2019 | $1,252.00 | 60 | 500 | $0.42 | | | | $1,042.00 | $9.25 | $17.37 | $8.69 | $0 | $173.80 | $173.80 |
| 10/13/2019 | $1,090.00 | 60 | 500 | $0.42 | | | | $880.00 | $9.25 | $14.67 | $7.34 | $0 | $146.80 | $146.80 |
| 10/20/2019 | $1,098.00 | 60 | 500 | $0.42 | | | | $888.00 | $9.25 | $14.80 | $7.40 | $0 | $148.00 | $148.00 |
| 10/27/2019 | $1,138.00 | 60 | 500 | $0.42 | | | | $928.00 | $9.25 | $15.47 | $7.74 | $0 | $154.80 | $154.80 |
| 11/3/2019 | $1,387.00 | 60 | 500 | $0.42 | | | | $1,177.00 | $9.25 | $19.62 | $9.81 | $0 | $196.20 | $196.20 |
| 11/10/2019 | $1,300.00 | 60 | 500 | $0.42 | | | | $1,090.00 | $9.25 | $18.17 | $9.09 | $0 | $181.80 | $181.80 |
| 11/17/2019 | $1,140.00 | 60 | 500 | $0.42 | | | | $930.00 | $9.25 | $15.50 | $7.75 | $0 | $155.00 | $155.00 |
| 11/24/2019 | $1,046.00 | 60 | 500 | $0.42 | | | | $836.00 | $9.25 | $13.93 | $6.97 | $0 | $139.40 | $139.40 |
| 12/1/2019 | $1,397.00 | 60 | 500 | $0.42 | | | | $1,187.00 | $9.25 | $19.78 | $9.89 | $0 | $197.80 | $197.80 |
| 12/8/2019 | $1,255.00 | 60 | 500 | $0.42 | | | | $1,045.00 | $9.25 | $17.42 | $8.71 | $0 | $174.20 | $174.20 |
| 12/15/2019 | $1,367.00 | 60 | 500 | $0.42 | | | | $1,157.00 | $9.25 | $19.28 | $9.64 | $0 | $192.80 | $192.80 |
| 12/22/2019 | $1,015.00 | 60 | 500 | $0.42 | | | | $805.00 | $9.25 | $13.42 | $6.71 | $0 | $134.20 | $134.20 |
| 12/29/2019 | $1,023.00 | 60 | 500 | $0.42 | | | | $813.00 | $9.25 | $13.55 | $6.78 | $0 | $135.60 | $135.60 |
| 1/5/2020 | $1,172.00 | 60 | 500 | $0.42 | | | | $962.00 | $10.00 | $16.03 | $8.12 | $0 | $162.40 | $162.40 |
| 1/12/2020 | $1,222.00 | 60 | 500 | $0.42 | | | | $1,012.00 | $10.00 | $16.87 | $8.44 | $0 | $168.80 | $168.80 |
| 1/19/2020 | $1,306.00 | 60 | 500 | $0.42 | | | | $1,096.00 | $10.00 | $18.27 | $9.14 | $0 | $182.80 | $182.80 |
| 1/26/2020 | $1,492.00 | 60 | 500 | $0.42 | | | | $1,282.00 | $10.00 | $21.37 | $10.69 | $0 | $213.80 | $213.80 |
| 2/2/2020 | $1,125.00 | 60 | 500 | $0.42 | | | | $915.00 | $10.00 | $15.25 | $7.63 | $0 | $152.60 | $152.60 |
| 2/9/2020 | $450.00 | 60 | 0 | $0.42 | | | | $450.00 | $10.00 | $10.00 | $5.00 | $150.00 | $100.00 | $1.00 |
| 2/16/2020 | $1,052.00 | 60 | 500 | $0.42 | | | | $842.00 | $10.00 | $14.03 | $7.02 | $0 | $140.40 | $140.40 |
| 2/23/2020 | $1,327.00 | 60 | 500 | $0.42 | | | | $1,117.00 | $10.00 | $18.62 | $9.31 | $0 | $186.20 | $186.20 |
| 3/1/2020 | $1,362.00 | 60 | 500 | $0.42 | | | | $1,152.00 | $10.00 | $19.20 | $9.60 | $0 | $180.00 | $180.00 |
| 3/8/2020 | $1,300.00 | 60 | 500 | $0.42 | | | | $1,090.00 | $10.00 | $18.17 | $9.09 | $0 | $181.80 | $181.80 |
| 3/15/2020 | $1,300.00 | 60 | 500 | $0.42 | | | | $1,090.00 | $10.00 | $18.17 | $9.09 | $0 | $181.80 | $181.80 |
| 3/22/2020 | $1,300.00 | 60 | 500 | $0.42 | | | | $1,090.00 | $10.00 | $18.17 | $9.09 | $0 | $181.80 | $181.80 |
| 3/29/2020 | $650.00 | 30 | 200 | $0.42 | | | | $566.00 | $10.00 | $18.87 | $9.44 | $0 | $0.00 | $0 |
| | | | | | | | | | | | | | Total | $6,277.80 |

## Tina Alexander — Minimum Wage and Overtime Damages

| Beginning of Week | Total Pay | Hours | Miles | AR Mileage Reimb. Rate | Effective Gross Pay | AR MW | Regular Rate | OT Rate | Unpaid MW | Unpaid OT | Awarded Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2019 | $49.00 | 40 | 1300 | $0.42 | -$497.00 | $9.25 | $9.25 | $4.63 | $867.20 | $0 | $1.00 |
| 6/23/2019 | $424.43 | 40 | 1300 | $0.42 | -$121.57 | $9.25 | $9.25 | $4.63 | $491.60 | $0 | $1.00 |
| 6/30/2019 | $424.43 | 40 | 1300 | $0.42 | -$121.57 | $9.25 | $9.25 | $4.63 | $491.60 | $0 | $1.00 |
| 7/7/2019 | $235.00 | 40 | 1300 | $0.42 | -$311.00 | $9.25 | $9.25 | $4.63 | $681.20 | $0 | $1.00 |
| 7/14/2019 | $409.00 | 40 | 1300 | $0.42 | -$137.00 | $9.25 | $9.25 | $4.63 | $507.20 | $0 | $1.00 |
| 7/21/2019 | $503.00 | 40 | 1300 | $0.42 | -$43.00 | $9.25 | $9.25 | $4.63 | $413.20 | $0 | $1.00 |
| 7/28/2019 | $317.00 | 40 | 1300 | $0.42 | -$229.00 | $9.25 | $9.25 | $4.63 | $599.20 | $0 | $1.00 |
| 8/4/2019 | $563.00 | 40 | 1300 | $0.42 | $17.00 | $9.25 | $9.25 | $4.63 | $352.80 | $0 | $1.00 |
| 8/11/2019 | $583.00 | 40 | 1300 | $0.42 | $37.00 | $9.25 | $9.25 | $4.63 | $332.80 | $0 | $1.00 |
| 8/18/2019 | $361.00 | 40 | 1300 | $0.42 | -$185.00 | $9.25 | $9.25 | $4.63 | $555.20 | $0 | $1.00 |
| 8/25/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 9/1/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 9/8/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 9/15/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 9/22/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 9/29/2019 | $700.00 | 40 | 1300 | $0.42 | $154.00 | $9.25 | $9.25 | $4.63 | $216.00 | $0 | $216.00 |
| 10/6/2019 | $1,075.00 | 40 | 1300 | $0.42 | $529.00 | $9.25 | $13.23 | $6.62 | $0 | $0 | $0 |
| 10/13/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 10/20/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 10/27/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 11/3/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 11/10/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 11/17/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 11/24/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 12/1/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 12/8/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 12/15/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 12/22/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 12/29/2019 | $1,100.00 | 40 | 1300 | $0.42 | $554.00 | $9.25 | $13.85 | $6.93 | $0 | $0 | $0 |
| 1/5/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 1/12/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 1/19/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 1/26/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 2/2/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 2/9/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 2/16/2020 | $1,256.00 | 65 | 1500 | $0.42 | $626.00 | $10.00 | $10.00 | $5.00 | $24.05 | $125.00 | $1.00 |
| 2/23/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 3/1/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 3/8/2020 | $1,046.00 | 65 | 1500 | $0.42 | $416.00 | $10.00 | $10.00 | $5.00 | $234.00 | $125.00 | $359.00 |
| 3/15/2020 | $1,100.00 | 65 | 1500 | $0.42 | $470.00 | $10.00 | $10.00 | $5.00 | $180.05 | $125.00 | $305.05 |
| 3/22/2020 | $981.00 | 65 | 1500 | $0.42 | $351.00 | $10.00 | $10.00 | $5.00 | $299.00 | $125.00 | $424.00 |
| 3/29/2020 | $390.00 | 33 | 1300 | $0.42 | -$156.00 | $10.00 | $10.00 | $5.00 | $486.09 | $0 | $1.00 |
| | | | | | | | | | | Total | $4,836.45 |

## Melissa Garner—Minimum Wage and Overtime Damages

| Beginning of Week | Total Pay | Hours | Miles | AR Mileage Reimb. Rate | Jacket | Shirt | Drug Test | Background Check | Effective Gross Pay | AR MW | Regular Rate | OT Rate | Unpaid MW | Unpaid OT | Awarded Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2019 | $209.00 | 30 | 319 | $0.42 | $50.00 | | | | $25.02 | $9.25 | $9.25 | $4.63 | $252.60 | $0 | $252.60 |
| 6/23/2019 | $383.00 | 30 | 687 | $0.42 | | $38.00 | | | $56.46 | $9.25 | $9.25 | $4.63 | $221.10 | $0 | $221.10 |
| 6/30/2019 | $414.00 | 30 | 616 | $0.42 | | | $30.00 | | $125.28 | $9.25 | $9.25 | $4.63 | $152.10 | $0 | $152.10 |
| 7/7/2019 | $515.00 | 30 | 791 | $0.42 | | | | $50.00 | $132.78 | $9.25 | $9.25 | $4.63 | $144.60 | $0 | $144.60 |
| 7/14/2019 | $212.00 | 30 | 325 | $0.42 | | | | | $75.50 | $9.25 | $9.25 | $4.63 | $201.90 | $0 | $1.00 |
| 7/21/2019 | $440.00 | 30 | 684 | $0.42 | | | | | $152.72 | $9.25 | $9.25 | $4.63 | $124.50 | $0 | $124.50 |
| 7/28/2019 | $393.00 | 30 | 504 | $0.42 | | | | | $181.32 | $9.25 | $9.25 | $4.63 | $96.30 | $0 | $96.30 |
| 8/4/2019 | $380.00 | 30 | 591 | $0.42 | | | | | $131.78 | $9.25 | $9.25 | $4.63 | $145.80 | $0 | $145.80 |
| 8/11/2019 | $208.00 | 30 | 320 | $0.42 | | | | | $73.60 | $9.25 | $9.25 | $4.63 | $204.00 | $0 | $1.00 |
| 8/18/2019 | $221.00 | 30 | 267 | $0.42 | | | | | $108.86 | $9.25 | $9.25 | $4.63 | $168.60 | $0 | $168.60 |
| 8/25/2019 | $291.00 | 30 | 480 | $0.42 | | | | | $89.40 | $9.25 | $9.25 | $4.63 | $188.10 | $0 | $188.10 |
| 9/1/2019 | $450.00 | 30 | 650 | $0.42 | | | | | $177.00 | $9.25 | $9.25 | $4.63 | $100.50 | $0 | $100.50 |
| 9/8/2019 | $626.00 | 30 | 954 | $0.42 | | | | | $225.32 | $9.25 | $9.25 | $4.63 | $52.20 | $0 | $52.20 |
| 9/15/2019 | $462.00 | 30 | 609 | $0.42 | | | | | $206.22 | $9.25 | $9.25 | $4.63 | $71.10 | $0 | $71.10 |
| 9/22/2019 | $477.00 | 30 | 809 | $0.42 | | | | | $137.22 | $9.25 | $9.25 | $4.63 | $140.40 | $0 | $140.40 |
| 9/29/2019 | $616.00 | 30 | 1038 | $0.42 | | | | | $180.40 | $9.25 | $9.25 | $4.63 | $97.20 | $0 | $1.00 |
| 10/6/2019 | $622.00 | 30 | 914 | $0.42 | | | | | $238.12 | $9.25 | $9.25 | $4.63 | $39.60 | $0 | $39.60 |
| 10/13/2019 | $472.00 | 30 | 760 | $0.42 | | | | | $152.80 | $9.25 | $9.25 | $4.63 | $124.80 | $0 | $124.80 |
| 10/20/2019 | $485.00 | 30 | 858 | $0.42 | | | | | $124.64 | $9.25 | $9.25 | $4.63 | $153.00 | $0 | $153.00 |
| 10/27/2019 | $560.00 | 30 | 905 | $0.42 | | | | | $179.90 | $9.25 | $9.25 | $4.63 | $97.50 | $0 | $97.50 |
| 11/3/2019 | $613.00 | 30 | 939 | $0.42 | | | | | $218.62 | $9.25 | $9.25 | $4.63 | $58.80 | $0 | $58.80 |
| 11/10/2019 | $560.00 | 45 | 841 | $0.42 | | | | | $206.78 | $9.25 | $9.25 | $4.63 | $209.25 | $23.15 | $232.40 |
| 11/17/2019 | $651.00 | 50 | 1062 | $0.42 | | | | | $204.96 | $9.25 | $9.25 | $4.63 | $257.50 | $46.30 | $303.80 |
| 11/24/2019 | $811.00 | 50 | 1019 | $0.42 | | | | | $383.02 | $9.25 | $9.25 | $4.63 | $79.50 | $46.30 | $1.00 |
| 12/1/2019 | $793.00 | 50 | 902 | $0.42 | | | | | $414.16 | $9.25 | $9.25 | $4.63 | $48.50 | $46.30 | $94.80 |
| 12/8/2019 | $731.00 | 50 | 812 | $0.42 | | | | | $389.96 | $9.25 | $9.25 | $4.63 | $72.50 | $46.30 | $118.80 |
| 12/15/2019 | $694.00 | 50 | 877 | $0.42 | | | | | $325.66 | $9.25 | $9.25 | $4.63 | $137.00 | $46.30 | $1.00 |
| 12/22/2019 | $524.00 | 45 | 496 | $0.42 | | | | | $315.68 | $9.25 | $9.25 | $4.63 | $100.35 | $23.15 | $1.00 |
| 12/29/2019 | $745.00 | 50 | 757 | $0.42 | | | | | $427.06 | $9.25 | $9.25 | $4.63 | $35.50 | $46.30 | $1.00 |
| 1/5/2020 | $653.00 | 50 | 982.5 | $0.42 | | | | | $240.35 | $10.00 | $10.00 | $5.00 | $259.50 | $50.00 | $309.50 |
| 1/12/2020 | $806.00 | 50 | 982.5 | $0.42 | | | | | $393.35 | $10.00 | $10.00 | $5.00 | $106.50 | $50.00 | $156.50 |
| 1/19/2020 | $648.00 | 50 | 982.5 | $0.42 | | | | | $235.35 | $10.00 | $10.00 | $5.00 | $264.50 | $50.00 | $314.50 |
| 1/26/2020 | $564.00 | 45 | 982.5 | $0.42 | | | | | $151.35 | $10.00 | $10.00 | $5.00 | $298.80 | $25.00 | $323.80 |
| 2/2/2020 | $697.00 | 50 | 1008 | $0.42 | | | | | $273.64 | $10.00 | $10.00 | $5.00 | $226.50 | $50.00 | $276.50 |
| 2/9/2020 | $589.00 | 45 | 247 | $0.42 | | | | | $485.26 | $10.00 | $10.78 | $5.39 | $0 | $25.00 | $1.00 |
| 2/16/2020 | $781.00 | 50 | 1188 | $0.42 | | | | | $282.04 | $10.00 | $10.00 | $5.00 | $218.00 | $50.00 | $1.00 |
| 2/23/2020 | $999.50 | 50 | 1571 | $0.42 | | | | | $339.68 | $10.00 | $10.00 | $5.00 | $160.50 | $50.00 | $1.00 |
| 3/1/2020 | $794.00 | 50 | 920 | $0.42 | | | | | $407.60 | $10.00 | $10.00 | $5.00 | $92.50 | $50.00 | $142.50 |
| 3/8/2020 | $832.00 | 50 | 1102 | $0.42 | | | | | $369.16 | $10.00 | $10.00 | $5.00 | $131.00 | $50.00 | $181.00 |
| 3/15/2020 | $760.00 | 50 | 1086 | $0.42 | | | | | $303.88 | $10.00 | $10.00 | $5.00 | $196.00 | $50.00 | $246.00 |
| 3/22/2020 | $716.00 | 50 | 738 | $0.42 | | | | | $406.04 | $10.00 | $10.00 | $5.00 | $94.00 | $50.00 | $144.00 |
| 3/29/2020 | $672.00 | 20 | 247 | $0.42 | | | | | $568.26 | $10.00 | $28.41 | $14.21 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | Total | $5,185.70 |

-3-

## Roy Holmes — Minimum Wage and Overtime Damages

| Beginning of Week | Total Pay | Hours | Miles | AR Mileage Reimb. Rate | Uniforms | Drug Test/Background Check | Cell Phone (Bought) | HIPAA | Phone Weekly Service | Effective Gross Pay | Unpaid MW | AR MW | Regular Rate | OT Rate | Unpaid OT | Awarded Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2019 | $990.00 | 42 | 1576 | $0.42 | $250.00 | | | | $12.75 | $65.33 | $322.98 | $9.25 | $9.25 | $4.63 | $9.25 | $332.23 |
| 6/23/2019 | $1,097.00 | 42 | 1576 | $0.42 | | $120.00 | | | $12.75 | $302.33 | $86.10 | $9.25 | $9.25 | $4.63 | $9.25 | $1.00 |
| 6/30/2019 | $816.00 | 42 | 1576 | $0.42 | | | $269.99 | | $12.75 | -$128.66 | $517.02 | $9.25 | $9.25 | $4.63 | $9.25 | $526.27 |
| 7/7/2019 | $963.00 | 42 | 1576 | $0.42 | | | | $31.99 | $12.75 | $256.34 | $132.30 | $9.25 | $9.25 | $4.63 | $9.25 | $141.55 |
| 7/14/2019 | $894.00 | 42 | 1576 | $0.42 | | | | | $12.75 | $219.33 | $169.26 | $9.25 | $9.25 | $4.63 | $9.25 | $1.00 |
| 7/21/2019 | $850.00 | 42 | 1654 | $0.42 | | | | | $12.75 | $142.57 | $246.12 | $9.25 | $9.25 | $4.63 | $9.25 | $255.37 |
| 7/28/2019 | $850.00 | 42 | 1875 | $0.42 | | | | | $12.75 | $49.75 | $339.78 | $9.25 | $9.25 | $4.63 | $9.25 | $349.03 |
| 8/4/2019 | $850.00 | 42 | 1654 | $0.42 | | | | | $12.75 | $142.57 | $246.12 | $9.25 | $9.25 | $4.63 | $9.25 | $255.37 |
| 8/11/2019 | $824.11 | 42 | 1576 | $0.42 | | | | | $12.75 | $116.38 | $272.16 | $9.25 | $9.25 | $4.63 | $9.25 | $281.41 |
| 8/18/2019 | $624.00 | 42 | 1375 | $0.42 | | | | | $12.75 | $33.75 | $354.90 | $9.25 | $9.25 | $4.63 | $9.25 | $1.00 |
| 8/25/2019 | $658.00 | 42 | 1576 | $0.42 | | | | | $12.75 | -$16.67 | $404.88 | $9.25 | $9.25 | $4.63 | $9.25 | $414.13 |
| 9/1/2019 | $620.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$274.75 | $663.18 | $9.25 | $9.25 | $4.63 | $9.25 | $672.43 |
| 9/8/2019 | $628.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$266.75 | $655.20 | $9.25 | $9.25 | $4.63 | $9.25 | $664.45 |
| 9/15/2019 | $626.40 | 42 | 2100 | $0.42 | | | | | $12.75 | -$268.75 | $657.30 | $9.25 | $9.25 | $4.63 | $9.25 | $666.55 |
| 9/22/2019 | $737.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$157.75 | $546.42 | $9.25 | $9.25 | $4.63 | $9.25 | $555.67 |
| 9/29/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 10/6/2019 | $748.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$146.75 | $535.08 | $9.25 | $9.25 | $4.63 | $9.25 | $1.00 |
| 10/13/2019 | $926.60 | 42 | 2100 | $0.42 | | | | | $12.75 | $31.85 | $356.58 | $9.25 | $9.25 | $4.63 | $9.25 | $365.83 |
| 10/20/2019 | $888.60 | 42 | 2100 | $0.42 | | | | | $12.75 | -$6.15 | $394.80 | $9.25 | $9.25 | $4.63 | $9.25 | $404.05 |
| 10/27/2019 | $871.60 | 42 | 2100 | $0.42 | | | | | $12.75 | -$23.15 | $411.60 | $9.25 | $9.25 | $4.63 | $9.25 | $420.85 |
| 11/3/2019 | $871.60 | 42 | 2100 | $0.42 | | | | | $12.75 | -$23.15 | $411.60 | $9.25 | $9.25 | $4.63 | $9.25 | $420.85 |
| 11/10/2019 | $868.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$26.75 | $415.38 | $9.25 | $9.25 | $4.63 | $9.25 | $424.63 |
| 11/17/2019 | $868.40 | 42 | 2100 | $0.42 | | | | | $12.75 | -$26.75 | $415.38 | $9.25 | $9.25 | $4.63 | $9.25 | $424.63 |
| 11/24/2019 | $749.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$145.75 | $534.24 | $9.25 | $9.25 | $4.63 | $9.25 | $1.00 |
| 12/1/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 12/8/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 12/15/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 12/22/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 12/29/2019 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $429.24 | $9.25 | $9.25 | $4.63 | $9.25 | $438.49 |
| 1/5/2020 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $460.74 | $10.00 | $10.00 | $5.00 | $10.00 | $470.74 |
| 1/12/2020 | $854.00 | 42 | 2100 | $0.42 | | | | | $12.75 | -$40.75 | $460.74 | $10.00 | $10.00 | $5.00 | $10.00 | $470.74 |
| 1/19/2020 | $854.00 | 42 | 1800 | $0.42 | | | | | $12.75 | $85.25 | $334.74 | $10.00 | $10.00 | $5.00 | $10.00 | $344.74 |
| 1/26/2020 | $802.00 | 42 | 1800 | $0.42 | | | | | $12.75 | $33.25 | $386.82 | $10.00 | $10.00 | $5.00 | $10.00 | $396.82 |
| 2/2/2020 | $1,023.00 | 42 | 1800 | $0.42 | | | | | $12.75 | $254.25 | $165.90 | $10.00 | $10.00 | $5.00 | $10.00 | $175.90 |
| 2/9/2020 | $732.00 | 42 | 1800 | $0.42 | | | | | $12.75 | -$36.75 | $456.12 | $10.00 | $10.00 | $5.00 | $10.00 | $466.12 |
| 2/16/2020 | $732.00 | 42 | 1800 | $0.42 | | | | | $12.75 | -$36.75 | $456.12 | $10.00 | $10.00 | $5.00 | $10.00 | $466.12 |
| 2/23/2020 | $806.00 | 42 | 1650 | $0.42 | | | | | $12.75 | $100.25 | $319.62 | $10.00 | $10.00 | $5.00 | $10.00 | $329.62 |
| 3/1/2020 | $732.00 | 42 | 1800 | $0.42 | | | | | $12.75 | -$36.75 | $456.12 | $10.00 | $10.00 | $5.00 | $10.00 | $466.12 |
| 3/8/2020 | $732.00 | 42 | 1800 | $0.42 | | | | | $12.75 | -$35.75 | $456.12 | $10.00 | $10.00 | $5.00 | $10.00 | $466.12 |
| 3/15/2020 | $809.00 | 42 | 1650 | $0.42 | | | | | $12.75 | $103.25 | $316.68 | $10.00 | $10.00 | $5.00 | $10.00 | $326.68 |
| 3/22/2020 | $786.00 | 42 | 1800 | $0.42 | | | | | $12.75 | $17.25 | $402.78 | $10.00 | $10.00 | $5.00 | $10.00 | $412.78 |
| 3/29/2020 | $412.06 | 21 | 590 | $0.42 | | | | | $12.75 | $151.51 | $58.59 | $10.00 | $10.00 | $5.00 | $0.00 | $58.59 |
| | | | | | | | | | | | | | | | Total | $15,062.33 |

## James Kenley — Minimum Wage Damages

| Week End | Total Pay | Hours | Miles | AR Mileage Reimb. Rate | Drug Test | Background Check | Uniform | HIPAA | Cell Phone Purchase | Phone Weekly Service | Effective Gross Pay | Unpaid MW | AR MW | Regular Rate | Total Unpaid Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/2019 | $544.50 | 20 | 377 | $0.42 | $40.00 | | | | | $37.50 | $308.66 | $0 | $9.25 | $15.43 | $0 |
| 11/9/2019 | $544.50 | 20 | 377 | $0.42 | | $50.00 | | | | $37.50 | $298.66 | $0 | $9.25 | $14.93 | $0 |
| 11/16/2019 | $544.50 | 20 | 377 | $0.42 | | | $90.00 | | | $37.50 | $258.66 | $0 | $9.25 | $12.93 | $0 |
| 11/23/2019 | $544.50 | 20 | 377 | $0.42 | | | | $150.00 | | $37.50 | $198.66 | $0 | $9.25 | $9.93 | $0 |
| 11/30/2019 | $544.50 | 20 | 377 | $0.42 | | | | | $1,000.00 | $37.50 | -$651.34 | $836.40 | $9.25 | $9.25 | $836.40 |
| 12/7/2019 | $544.50 | 20 | 377 | $0.42 | | | | | | $37.50 | $348.66 | $0 | $9.25 | $17.43 | $0 |
| 12/14/2019 | $544.50 | 20 | 377 | $0.42 | | | | | | $37.50 | $348.66 | $0 | $9.25 | $17.43 | $0 |
| 12/21/2019 | $544.50 | 20 | 377 | $0.42 | | | | | | $37.50 | $348.66 | $0 | $9.25 | $17.43 | $0 |
| 12/28/2019 | $544.50 | 20 | 377 | $0.42 | | | | | | $37.50 | $348.66 | $0 | $9.25 | $17.43 | $0 |
| 1/4/2020 | $544.50 | 20 | 377 | $0.42 | | | | | | $37.50 | $348.66 | $0 | $10.00 | $17.43 | $0 |
| 1/11/2020 | $507.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $311.16 | $0 | $10.00 | $15.56 | $0 |
| 1/18/2020 | $567.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $371.16 | $0 | $10.00 | $18.56 | $0 |
| 1/25/2020 | $592.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $396.16 | $0 | $10.00 | $19.81 | $0 |
| 2/1/2020 | $564.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $368.16 | $0 | $10.00 | $18.41 | $0 |
| 2/8/2020 | $398.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $199.16 | $0.80 | $10.00 | $10.00 | $0.80 |
| 2/15/2020 | $485.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $289.16 | $0 | $10.00 | $14.46 | $0 |
| 2/22/2020 | $351.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $155.16 | $44.80 | $10.00 | $10.00 | $44.80 |
| 2/29/2020 | $471.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $275.16 | $0 | $10.00 | $13.76 | $0 |
| 3/7/2020 | $420.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $224.16 | $0 | $10.00 | $11.21 | $0 |
| 3/14/2020 | $436.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $240.16 | $0 | $10.00 | $12.01 | $0 |
| 3/21/2020 | $454.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $258.16 | $0 | $10.00 | $12.91 | $0 |
| 3/28/2020 | $489.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $293.16 | $0 | $10.00 | $14.66 | $0 |
| 4/4/2020 | $449.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $253.16 | $0 | $10.00 | $12.66 | $0 |
| 4/11/2020 | $440.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $244.16 | $0 | $10.00 | $12.21 | $0 |
| 4/18/2020 | $451.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $255.16 | $0 | $10.00 | $12.76 | $0 |
| 4/25/2020 | $452.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $256.16 | $0 | $10.00 | $12.81 | $0 |
| 5/2/2020 | $520.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $324.16 | $0 | $10.00 | $16.21 | $0 |
| 5/9/2020 | $434.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $238.16 | $0 | $10.00 | $11.91 | $0 |
| 5/16/2020 | $455.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $259.16 | $0 | $10.00 | $12.96 | $0 |
| 5/23/2020 | $370.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $174.16 | $25.80 | $10.00 | $10.00 | $25.80 |
| 5/30/2020 | $680.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $484.16 | $0 | $10.00 | $24.21 | $0 |
| 6/6/2020 | $237.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $41.16 | $158.80 | $10.00 | $10.00 | $158.80 |
| 6/13/2020 | $548.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $352.16 | $0 | $10.00 | $17.61 | $0 |
| 6/20/2020 | $674.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $478.16 | $0 | $10.00 | $23.91 | $0 |
| 6/27/2020 | $686.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $490.16 | $0 | $10.00 | $24.51 | $0 |

# James Kenley — Minimum Wage Damages

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/4/2020 | $523.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $327.16 | $0 | $10.00 | $16.36 | $0 |
| 7/11/2020 | $769.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $573.16 | $0 | $10.00 | $28.66 | $0 |
| 7/18/2020 | $565.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $369.16 | $0 | $10.00 | $18.46 | $0 |
| 7/25/2020 | $652.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $456.16 | $0 | $10.00 | $22.81 | $0 |
| 8/1/2020 | $667.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $471.16 | $0 | $10.00 | $23.56 | $0 |
| 8/8/2020 | $642.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $446.16 | $0 | $10.00 | $22.31 | $0 |
| 8/15/2020 | $642.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $446.16 | $0 | $10.00 | $22.31 | $0 |
| 8/22/2020 | $536.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $340.16 | $0 | $10.00 | $17.01 | $0 |
| 8/29/2020 | $532.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $336.16 | $0 | $10.00 | $16.81 | $0 |
| 9/5/2020 | $556.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $360.16 | $0 | $10.00 | $18.01 | $0 |
| 9/12/2020 | $601.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $405.16 | $0 | $10.00 | $20.26 | $0 |
| 9/19/2020 | $601.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $405.16 | $0 | $10.00 | $20.26 | $0 |
| 9/26/2020 | $779.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $583.16 | $0 | $10.00 | $29.16 | $0 |
| 10/3/2020 | $585.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $389.16 | $0 | $10.00 | $19.46 | $0 |
| 10/10/2020 | $495.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $299.16 | $0 | $10.00 | $14.96 | $0 |
| 10/17/2020 | $578.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $382.16 | $0 | $10.00 | $19.11 | $0 |
| 10/24/2020 | | | | | | | | | | | | | | | |
| 10/31/2020 | $685.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $489.16 | $0 | $10.00 | $24.46 | $0 |
| 11/7/2020 | $538.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $342.16 | $0 | $10.00 | $17.11 | $0 |
| 11/14/2020 | $436.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $240.16 | $0 | $10.00 | $12.01 | $0 |
| 11/21/2020 | $553.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $357.16 | $0 | $10.00 | $17.86 | $0 |
| 11/28/2020 | $547.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $351.16 | $0 | $10.00 | $17.56 | $0 |
| 12/5/2020 | $597.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $401.16 | $0 | $10.00 | $20.06 | $0 |
| 12/12/2020 | $610.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $414.16 | $0 | $10.00 | $20.71 | $0 |
| 12/19/2020 | $621.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $425.16 | $0 | $10.00 | $21.26 | $0 |
| 12/26/2020 | $565.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $369.16 | $0 | $10.00 | $18.46 | $0 |
| 1/2/2021 | $642.00 | 20 | 377 | $0.42 | | | | | | $37.50 | $446.16 | $0 | $11.00 | $22.31 | $0 |
| 1/9/2021 | $630.00 | 0.12 | 2.88 | $0.42 | | | | | | $37.50 | $591.29 | $0 | $11.00 | $4,927.42 | $0 |
| 1/16/2021 | $639.00 | 9.98 | 426.4 | $0.42 | | | | | | $37.50 | $422.40 | $0 | $11.00 | $42.32 | $0 |
| 1/23/2021 | $740.00 | 11.5 | 567.4 | $0.42 | | | | | | $37.50 | $464.18 | $0 | $11.00 | $40.36 | $0 |
| 1/30/2021 | $909.00 | 15.2 | 741.8 | $0.42 | | | | | | $37.50 | $559.96 | $0 | $11.00 | $36.84 | $0 |
| 2/6/2021 | $693.00 | 11.22 | 533.5 | $0.42 | | | | | | $37.50 | $431.43 | $0 | $11.00 | $38.45 | $0 |
| 2/13/2021 | $621.00 | 11.58 | 524.7 | $0.42 | | | | | | $37.50 | $363.12 | $0 | $11.00 | $31.36 | $0 |
| 2/20/2021 | | | | | | | | | | | | | | | |
| 2/27/2021 | $656.00 | 10.88 | 490.7 | $0.42 | | | | | | $37.50 | $412.39 | $0 | $11.00 | $37.90 | $0 |
| 3/6/2021 | $538.00 | 7.58 | 307.2 | $0.42 | | | | | | $37.50 | $371.46 | $0 | $11.00 | $49.01 | $0 |
| 3/13/2021 | $602.00 | 9.35 | 403.3 | $0.42 | | | | | | $37.50 | $395.13 | $0 | $11.00 | $42.26 | $0 |
| 3/20/2021 | $492.00 | 6.68 | 255.6 | $0.42 | | | | | | $37.50 | $347.13 | $0 | $11.00 | $51.97 | $0 |

# James Kenley — Minimum Wage Damages

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2021 | $492.00 | 6.4 | 275.6 | $0.42 | | | | | | $37.50 | $338.73 | $0 | $11.00 | $52.93 | $0 |
| 4/3/2021 | $604.00 | 9.55 | 419 | $0.42 | | | | | | $37.50 | $390.53 | $0 | $11.00 | $40.89 | $0 |
| 4/10/2021 | $632.00 | 10.4 | 463.7 | $0.42 | | | | | | $37.50 | $399.76 | $0 | $11.00 | $38.44 | $0 |
| 4/17/2021 | $687.00 | 10.4 | 482.9 | $0.42 | | | | | | $37.50 | $446.69 | $0 | $11.00 | $42.95 | $0 |
| 4/24/2021 | $457.00 | 5.55 | 203.2 | $0.42 | | | | | | $37.50 | $334.15 | $0 | $11.00 | $60.21 | $0 |
| 5/1/2021 | $529.00 | 6.85 | 304.4 | $0.42 | | | | | | $37.50 | $363.67 | $0 | $11.00 | $53.09 | $0 |
| 5/8/2021 | $457.00 | 5.3 | 225.2 | $0.42 | | | | | | $37.50 | $324.92 | $0 | $11.00 | $61.31 | $0 |
| 5/15/2021 | $529.00 | 6.82 | 307.2 | $0.42 | | | | | | $37.50 | $362.48 | $0 | $11.00 | $53.15 | $0 |
| 5/22/2021 | $457.00 | 9.62 | 414.6 | $0.42 | | | | | | $37.50 | $245.36 | $0 | $11.00 | $25.51 | $0 |
| 5/29/2021 | $506.00 | 8.73 | 436.8 | $0.42 | | | | | | $37.50 | $285.04 | $0 | $11.00 | $32.65 | $0 |
| 6/5/2021 | $603.00 | 9.07 | 407.9 | $0.42 | | | | | | $37.50 | $394.19 | $0 | $11.00 | $43.46 | $0 |
| 6/12/2021 | $572.00 | 5.67 | 250.6 | $0.42 | | | | | | $37.50 | $429.25 | $0 | $11.00 | $75.71 | $0 |
| 6/19/2021 | $530.00 | 8.45 | 370.3 | $0.42 | | | | | | $37.50 | $336.97 | $0 | $11.00 | $39.87 | $0 |
| 6/26/2021 | $503.00 | 6.57 | 278.3 | $0.42 | | | | | | $37.50 | $348.62 | $0 | $11.00 | $53.06 | $0 |
| 7/3/2021 | $532.00 | 11.02 | 534.8 | $0.42 | | | | | | $37.50 | $269.89 | $0 | $11.00 | $24.49 | $0 |
| 7/10/2021 | $580.00 | 7.93 | 369.3 | $0.42 | | | | | | $37.50 | $404.21 | $0 | $11.00 | $50.97 | $0 |
| 7/17/2021 | $600.00 | 10.78 | 474.2 | $0.42 | | | | | | $37.50 | $363.35 | $0 | $11.00 | $33.71 | $0 |
| 7/24/2021 | $507.00 | 6.85 | 272.9 | $0.42 | | | | | | $37.50 | $354.89 | $0 | $11.00 | $51.81 | $0 |
| 7/31/2021 | $613.00 | 10.43 | 537.8 | $0.42 | | | | | | $37.50 | $349.62 | $0 | $11.00 | $33.52 | $0 |
| 8/7/2021 | $609.00 | 10.18 | 477.1 | $0.42 | | | | | | $37.50 | $371.11 | $0 | $11.00 | $36.45 | $0 |
| 8/14/2021 | $602.00 | 9.42 | 433.1 | $0.42 | | | | | | $37.50 | $382.59 | $0 | $11.00 | $40.61 | $0 |
| 8/21/2021 | | | | | | | | | | | | | | | |
| 8/28/2021 | $628.00 | 10.43 | 493.5 | $0.42 | | | | | | $37.50 | $383.23 | $0 | $11.00 | $36.74 | $0 |
| 9/4/2021 | $179.00 | 6.57 | 290 | $0.42 | | | | | | $37.50 | $19.68 | $52.56 | $11.00 | $11.00 | $52.56 |
| 9/11/2021 | $86.00 | 2.73 | 126 | $0.42 | | | | | | $37.50 | -$4.40 | $34.42 | $11.00 | $11.00 | $34.42 |
| 9/18/2021 | $81.00 | 7.12 | 396.6 | $0.42 | | | | | | $37.50 | -$123.06 | $201.35 | $11.00 | $11.00 | $201.35 |
| | | | | | | | | | | | | | Total | $1,354.93 |

## Michael E. Hames—Minimum Wage and Overtime Damages

| Week End | Total Pay | Hours | Miles | Drug Test | Phone Weekly Service | Effective Gross Pay | AR MW | Regular Rate | OT Rate | Unpaid MW | Unpaid OT | Awarded Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2021 | $815.00 | 28.32 | 1271.99 | $45.00 | $27.50 | $742.50 | $11.00 | $26.22 | $13.11 | $0 | $0 | $0 |
| 1/16/2021 | $815.00 | 24.27 | 1377.78 | | $27.50 | $787.50 | $11.00 | $32.45 | $16.23 | $0 | $0 | $0 |
| 1/23/2021 | $870.00 | 31.03 | 1524.05 | | $27.50 | $842.50 | $11.00 | $27.15 | $13.58 | $0 | $0 | $0 |
| 1/30/2021 | $993.00 | 26.19 | 1654.45 | | $27.50 | $965.50 | $11.00 | $36.87 | $18.44 | $0 | $0 | $0 |
| 2/6/2021 | $835.00 | 23.67 | 1394.55 | | $27.50 | $807.50 | $11.00 | $34.11 | $17.06 | $0 | $0 | $0 |
| 2/13/2021 | $998.00 | 39.37 | 1700.97 | | $27.50 | $970.50 | $11.00 | $24.65 | $12.33 | $0 | $0 | $0 |
| 2/20/2021 | $457.00 | 16.17 | 602.39 | | $27.50 | $429.50 | $11.00 | $26.56 | $13.28 | $0 | $0 | $0 |
| 2/27/2021 | $815.00 | 26.43 | 1388.49 | | $27.50 | $787.50 | $11.00 | $29.80 | $14.90 | $0 | $0 | $0 |
| 3/6/2021 | $815.00 | 29.39 | 1376.85 | | $27.50 | $787.50 | $11.00 | $26.79 | $13.40 | $0 | $0 | $0 |
| 3/13/2021 | $947.00 | 40.93 | 1754.71 | | $27.50 | $919.50 | $11.00 | $22.47 | $11.24 | $0 | $10.45 | $10.45 |
| 3/20/2021 | $909.00 | 32.05 | 1530.96 | | $27.50 | $881.50 | $11.00 | $27.50 | $13.75 | $0 | $0 | $0 |
| 3/27/2021 | $652.00 | 24.91 | 1103.08 | | $27.50 | $624.50 | $11.00 | $25.07 | $12.54 | $0 | $0 | $0 |
| 4/3/2021 | $815.00 | 27.96 | 1396.98 | | $27.50 | $787.50 | $11.00 | $28.17 | $14.09 | $0 | $0 | $0 |
| 4/10/2021 | $815.00 | 32.23 | 1413.54 | | $27.50 | $787.50 | $11.00 | $24.43 | $12.22 | $0 | $0 | $0 |
| 4/17/2021 | $672.00 | 27.05 | 1136.14 | | $27.50 | $644.50 | $11.00 | $23.83 | $11.92 | $0 | $0 | $0 |
| 4/24/2021 | $815.00 | 30.94 | 1112.94 | | $27.50 | $787.50 | $11.00 | $25.45 | $12.73 | $0 | $0 | $0 |
| 5/1/2021 | $815.00 | 26.16 | 1379.15 | | $27.50 | $787.50 | $11.00 | $30.10 | $15.05 | $0 | $0 | $0 |
| 5/8/2021 | $871.00 | 37.77 | 1531.17 | | $27.50 | $843.50 | $11.00 | $22.33 | $11.17 | $0 | $0 | $0 |
| 5/15/2021 | $815.00 | 42.83 | 1398.68 | | $27.50 | $787.50 | $11.00 | $18.39 | $9.20 | $0 | $26.04 | $26.04 |
| 5/22/2021 | $871.57 | 24.13 | 1372.79 | | $27.50 | $844.07 | $11.00 | $34.98 | $17.49 | $0 | $0 | $0 |
| 5/29/2021 | $965.55 | 31.05 | 1520.81 | | $27.50 | $938.05 | $11.00 | $30.21 | $15.11 | $0 | $0 | $0 |
| 6/5/2021 | $674.08 | 38.06 | 1061.73 | | $27.50 | $646.58 | $11.00 | $16.99 | $8.50 | $0 | $0 | $0 |
| 6/12/2021 | | | | | | | | | | | | |
| 6/19/2021 | | | | | | | | | | | | |
| 6/26/2021 | $871.00 | 32.77 | 1508.47 | | $27.50 | $843.50 | $11.00 | $25.74 | $12.87 | $0 | $0 | $0 |
| 7/3/2021 | $872.00 | 34.33 | 1516.12 | | $27.50 | $844.50 | $11.00 | $24.60 | $12.30 | $0 | $0 | $0 |
| 7/10/2021 | $815.00 | 28.89 | 1391.26 | | $27.50 | $787.50 | $11.00 | $27.26 | $13.63 | $0 | $0 | $0 |
| 7/17/2021 | $815.00 | 26.99 | 1091.51 | | $27.50 | $787.50 | $11.00 | $29.18 | $14.59 | $0 | $0 | $0 |
| 7/24/2021 | $815.00 | 30.97 | 1364.34 | | $27.50 | $787.50 | $11.00 | $25.43 | $12.72 | $0 | $0 | $0 |
| 7/31/2021 | $924.00 | 32.81 | 1424.98 | | $27.50 | $896.50 | $11.00 | $27.32 | $13.66 | $0 | $0 | $0 |
| 8/7/2021 | $922.70 | 33.99 | 1453.31 | | $27.50 | $895.20 | $11.00 | $26.33 | $13.17 | $0 | $0 | $0 |
| 8/14/2021 | $916.00 | 29.66 | 1517.23 | | $27.50 | $888.50 | $11.00 | $29.96 | $14.98 | $0 | $0 | $0 |
| 8/21/2021 | $652.00 | 23.59 | 1101.64 | | $27.50 | $624.50 | $11.00 | $26.47 | $13.24 | $0 | $0 | $0 |
| 8/28/2021 | $870.00 | 23.09 | 1409.4 | | $27.50 | $842.50 | $11.00 | $36.49 | $18.25 | $0 | $0 | $0 |
| 9/4/2021 | $367.00 | 24.66 | 532.45 | | $27.50 | $339.50 | $11.00 | $13.77 | $6.89 | $0 | $0 | $0 |
| 9/11/2021 | $184.00 | 12.7 | 268.14 | | $27.50 | $156.50 | $11.00 | $12.32 | $6.16 | $0 | $0 | $0 |
| 9/18/2021 | $140.00 | 17.69 | 186.47 | | $27.50 | $269.00 | $11.00 | $15.21 | $7.61 | $0 | $0 | $0 |
| 9/25/2021 | $196.00 | 10.06 | 274.49 | | $27.50 | $437.50 | $11.00 | $43.49 | $21.75 | $0 | $0 | $0 |
| 10/2/2021 | $158.00 | 10.1 | 144.9 | | $27.50 | $130.50 | $11.00 | $12.92 | $6.46 | $0 | $0 | $0 |
| | | | | | | | | | | | Total | $36.49 |

# Appendix B — Retaliation Damages

## Color Key

| Color | Meaning |
|---|---|
| Green | Damages awarded |
| Yellow | Some inconsistencies present, but damages awarded because Stetson didn't prove couriers' estimates unreasonable |
| Red | No damages awarded |
| Blue | Total damages awarded |

## Patrick Norris — Retaliation Damages

| | Dates | Type of Damages | Pay | Stetson | Difference | Damages Based on 40 Hr. Workweek | Number of Weeks | Damages |
|---|---|---|---|---|---|---|---|---|
| | April 2020 - May 2020 | Unemployed | $0 | $15.65 | $15.65 | $640.00 | 8 | $5,120.00 |
| | 1 June 2020 - 4 January 2021 | Lower wage job (Allcare) | $10.00 | $15.65 | $5.65 | $226.00 | 31 | $7,006.00 |
| | January 2021 - 1 April 2021 | Lower wage job (Allcare) | $11.00 | $15.65 | $4.65 | $186.00 | 15 + 3 days | $2,901.60 |
| Total Awarded Damages | | | | | | | | $15,027.60 |

| | Beginning of Week | AR MW | Regular Rate |
|---|---|---|---|
| | 6/16/2019 | $9.25 | $17.28 |
| | 6/23/2019 | $9.25 | $12.07 |
| | 6/30/2019 | $9.25 | $17.58 |
| | 7/7/2019 | $9.25 | $16.57 |
| | 7/14/2019 | $9.25 | $10.33 |
| | 7/21/2019 | $9.25 | $10.00 |
| | 7/28/2019 | $9.25 | $10.33 |
| | 8/4/2019 | $9.25 | $10.00 |
| | 8/11/2019 | $9.25 | $11.20 |
| | 8/18/2019 | $9.25 | $15.00 |
| | 8/25/2019 | $9.25 | $14.00 |
| | 9/1/2019 | $9.25 | $12.45 |
| | 9/8/2019 | $9.25 | $14.00 |
| | 9/15/2019 | $9.25 | $17.70 |
| | 9/22/2019 | $9.25 | $17.83 |
| | 9/29/2019 | $9.25 | $15.00 |
| | 10/6/2019 | $9.25 | $17.37 |
| | 10/13/2019 | $9.25 | $14.67 |
| | 10/20/2019 | $9.25 | $14.80 |
| | 10/27/2019 | $9.25 | $15.47 |
| | 11/3/2019 | $9.25 | $19.62 |
| | 11/10/2019 | $9.25 | $18.17 |
| | 11/17/2019 | $9.25 | $15.50 |
| | 11/24/2019 | $9.25 | $13.93 |
| | 12/1/2019 | $9.25 | $19.78 |
| | 12/8/2019 | $9.25 | $17.42 |
| | 12/15/2019 | $9.25 | $19.28 |
| | 12/22/2019 | $9.25 | $13.42 |
| | 12/29/2019 | $9.25 | $13.55 |
| | 1/5/2020 | $10.00 | $16.03 |
| | 1/12/2020 | $10.00 | $16.87 |
| | 1/19/2020 | $10.00 | $18.27 |
| | 1/26/2020 | $10.00 | $21.37 |
| | 2/2/2020 | $10.00 | $15.25 |
| | 2/9/2020 | $10.00 | $10.00 |
| | 2/16/2020 | $10.00 | $14.03 |
| | 2/23/2020 | $10.00 | $18.62 |
| | 3/1/2020 | $10.00 | $19.20 |
| | 3/8/2020 | $10.00 | $18.17 |
| | 3/15/2020 | $10.00 | $18.17 |
| | 3/22/2020 | $10.00 | $18.17 |
| | 3/29/2020 | $10.00 | $18.87 |
| Average Regular Rate | | | $15.65 |

-1-

## Tina Alexander — Retaliation Damages

| | Dates | Type of Damages | Pay | Stetson | Difference | Damages Based on 40 Hr. Workweek | Number of Weeks | Damages |
|---|---|---|---|---|---|---|---|---|
| | 1 April 2020 - 24 June 2020 | Unemployed | $0 | $10.88 | $10.88 | $435.20 | 12 | $5,222.40 |
| | 25 June 2020 - 30 September 2020 | Unemployed | $0 | $10.88 | N/A | $0 | 13 | $0 |
| | 1 October 2020 - 1 April 2021 | Lower wage job (Instacart) | $9.38 | $10.88 | $1.50 | $60.00 | 26 | $1,560.00 |
| Total Awarded Damages | | | | | | | | $6,782.40 |

| | Beginning of Week | AR MW | Regular Rate |
|---|---|---|---|
| | 6/16/2019 | $9.25 | $9.25 |
| | 6/23/2019 | $9.25 | $9.25 |
| | 6/30/2019 | $9.25 | $9.25 |
| | 7/7/2019 | $9.25 | $9.25 |
| | 7/14/2019 | $9.25 | $9.25 |
| | 7/21/2019 | $9.25 | $9.25 |
| | 7/28/2019 | $9.25 | $9.25 |
| | 8/4/2019 | $9.25 | $9.25 |
| | 8/11/2019 | $9.25 | $9.25 |
| | 8/18/2019 | $9.25 | $9.25 |
| | 8/25/2019 | $9.25 | $9.25 |
| | 9/1/2019 | $9.25 | $9.25 |
| | 9/8/2019 | $9.25 | $9.25 |
| | 9/15/2019 | $9.25 | $9.25 |
| | 9/22/2019 | $9.25 | $9.25 |
| | 9/29/2019 | $9.25 | $9.25 |
| | 10/6/2019 | $9.25 | $13.15 |
| | 10/13/2019 | $9.25 | $13.80 |
| | 10/20/2019 | $9.25 | $13.80 |
| | 10/27/2019 | $9.25 | $13.80 |
| | 11/3/2019 | $9.25 | $13.80 |
| | 11/10/2019 | $9.25 | $13.80 |
| | 11/17/2019 | $9.25 | $13.80 |
| | 11/24/2019 | $9.25 | $13.80 |
| | 12/1/2019 | $9.25 | $13.80 |
| | 12/8/2019 | $9.25 | $13.80 |
| | 12/15/2019 | $9.25 | $13.80 |
| | 12/22/2019 | $9.25 | $13.80 |
| | 12/29/2019 | $9.25 | $13.80 |
| | 1/5/2020 | $10.00 | $10.00 |
| | 1/12/2020 | $10.00 | $10.00 |
| | 1/19/2020 | $10.00 | $10.00 |
| | 1/26/2020 | $10.00 | $10.00 |
| | 2/2/2020 | $10.00 | $10.00 |
| | 2/9/2020 | $10.00 | $10.00 |
| | 2/16/2020 | $10.00 | $10.00 |
| | 2/23/2020 | $10.00 | $10.00 |
| | 3/1/2020 | $10.00 | $10.00 |
| | 3/8/2020 | $10.00 | $10.00 |
| | 3/15/2020 | $10.00 | $10.00 |
| | 3/22/2020 | $10.00 | $10.00 |
| | 3/29/2020 | $10.00 | $10.00 |
| Average Regular Rate | | | $10.8 |

## Melissa Garner — Retaliation Damages

|  | Dates | Type of Damages | Pay | Stetson | Difference | Damages Based on 40 Hr. Workweek | Number of Weeks | Damages |
|---|---|---|---|---|---|---|---|---|
|  | 1 April 2020 - 30 April 2020 | Unemployed | $0 | $9.94 | $9.94 | $397.60 | 4 | $1,590.40 |
|  | 1 May 2020 - 31 October 2020 | Higher wage job (Allcare driver) | $10.00 | $9.94 | N/A |  | $0 | 26 + 1 day | $0 |
|  | 1 November 2020 - 1 April 2021 | Higher wage job (Allcare pharmacy) | $12.00 | $9.94 | N/A |  | $0 | 21 + 4 days | $0 |
| Total Awarded Damages |  |  |  |  |  |  |  | $1,590.40 |

|  | Beginning of Week | AR MW | Regular Rate |
|---|---|---|---|
|  | 6/16/2019 | $9.25 | $9.25 |
|  | 6/23/2019 | $9.25 | $9.25 |
|  | 6/30/2019 | $9.25 | $9.25 |
|  | 7/7/2019 | $9.25 | $9.25 |
|  | 7/14/2019 | $9.25 | $9.25 |
|  | 7/21/2019 | $9.25 | $9.25 |
|  | 7/28/2019 | $9.25 | $9.25 |
|  | 8/4/2019 | $9.25 | $9.25 |
|  | 8/11/2019 | $9.25 | $9.25 |
|  | 8/18/2019 | $9.25 | $9.25 |
|  | 8/25/2019 | $9.25 | $9.25 |
|  | 9/1/2019 | $9.25 | $9.25 |
|  | 9/8/2019 | $9.25 | $9.25 |
|  | 9/15/2019 | $9.25 | $9.25 |
|  | 9/22/2019 | $9.25 | $9.25 |
|  | 9/29/2019 | $9.25 | $9.25 |
|  | 10/6/2019 | $9.25 | $9.25 |
|  | 10/13/2019 | $9.25 | $9.25 |
|  | 10/20/2019 | $9.25 | $9.25 |
|  | 10/27/2019 | $9.25 | $9.25 |
|  | 11/3/2019 | $9.25 | $9.25 |
|  | 11/10/2019 | $9.25 | $9.25 |
|  | 11/17/2019 | $9.25 | $9.25 |
|  | 11/24/2019 | $9.25 | $9.25 |
|  | 12/1/2019 | $9.25 | $9.25 |
|  | 12/8/2019 | $9.25 | $9.25 |
|  | 12/15/2019 | $9.25 | $9.25 |
|  | 12/22/2019 | $9.25 | $9.25 |
|  | 12/29/2019 | $9.25 | $9.25 |
|  | 1/5/2020 | $10.00 | $10.00 |
|  | 1/12/2020 | $10.00 | $10.00 |
|  | 1/19/2020 | $10.00 | $10.00 |
|  | 1/26/2020 | $10.00 | $10.00 |
|  | 2/2/2020 | $10.00 | $10.00 |
|  | 2/9/2020 | $10.00 | $10.38 |
|  | 2/16/2020 | $10.00 | $10.00 |
|  | 2/23/2020 | $10.00 | $10.00 |
|  | 3/1/2020 | $10.00 | $10.00 |
|  | 3/8/2020 | $10.00 | $10.00 |
|  | 3/15/2020 | $10.00 | $10.00 |
|  | 3/22/2020 | $10.00 | $10.00 |
|  | 3/29/2020 | $10.00 | $28.41 |
| Average Regular Rate |  |  | $9.94 |

-3-

## Roy Holmes — Retaliation Damages

| | Dates | Type of Damages | Pay | Stetson | Difference | Damages Based on 40 Hr. Workweek | Number of Weeks | Damages |
|---|---|---|---|---|---|---|---|---|
| | 1 April 2020 - 24 June 2020 | Unemployed | $0 | $9.48 | $9.48 | $379.20 | 12 | $4,550.40 |
| | 25 June 2020 - 1 April 2021 | Unemployed | $0 | N/A | N/A | N/A | 31 + 1 day | $0 |
| Total Awarded Damages | | | | | | | | $4,550.40 |

| | Beginning of Week | AR MW | Regular Rate |
|---|---|---|---|
| | 6/16/2019 | $9.25 | $9.25 |
| | 6/23/2019 | $9.25 | $9.25 |
| | 6/30/2019 | $9.25 | $9.25 |
| | 7/7/2019 | $9.25 | $9.25 |
| | 7/14/2019 | $9.25 | $9.25 |
| | 7/21/2019 | $9.25 | $9.25 |
| | 7/28/2019 | $9.25 | $9.25 |
| | 8/4/2019 | $9.25 | $9.25 |
| | 8/11/2019 | $9.25 | $9.25 |
| | 8/18/2019 | $9.25 | $9.25 |
| | 8/25/2019 | $9.25 | $9.25 |
| | 9/1/2019 | $9.25 | $9.25 |
| | 9/8/2019 | $9.25 | $9.25 |
| | 9/15/2019 | $9.25 | $9.25 |
| | 9/22/2019 | $9.25 | $9.25 |
| | 9/29/2019 | $9.25 | $9.25 |
| | 10/6/2019 | $9.25 | $9.25 |
| | 10/13/2019 | $9.25 | $9.25 |
| | 10/20/2019 | $9.25 | $9.25 |
| | 10/27/2019 | $9.25 | $9.25 |
| | 11/3/2019 | $9.25 | $9.25 |
| | 11/10/2019 | $9.25 | $9.25 |
| | 11/17/2019 | $9.25 | $9.25 |
| | 11/24/2019 | $9.25 | $9.25 |
| | 12/1/2019 | $9.25 | $9.25 |
| | 12/8/2019 | $9.25 | $9.25 |
| | 12/15/2019 | $9.25 | $9.25 |
| | 12/22/2019 | $9.25 | $9.25 |
| | 12/29/2019 | $9.25 | $9.25 |
| | 1/5/2020 | $10.00 | $10.00 |
| | 1/12/2020 | $10.00 | $10.00 |
| | 1/19/2020 | $10.00 | $10.00 |
| | 1/26/2020 | $10.00 | $10.00 |
| | 2/2/2020 | $10.00 | $10.00 |
| | 2/9/2020 | $10.00 | $10.00 |
| | 2/16/2020 | $10.00 | $10.00 |
| | 2/23/2020 | $10.00 | $10.00 |
| | 3/1/2020 | $10.00 | $10.00 |
| | 3/8/2020 | $10.00 | $10.00 |
| | 3/15/2020 | $10.00 | $10.00 |
| | 3/22/2020 | $10.00 | $10.00 |
| | 3/29/2020 | $10.00 | $10.00 |
| Average Regular Rate | | | $9.48 |