IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL HAMES, JR.; MICHAEL
E. HAMES; and JAMES KENLEY,
Each Individually and on Behalf
of All Others Similarly Situated                                PLAINTIFFS

v.                          No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                DEFENDANTS

## JUDGMENT

1. The Court held a four-day bench trial in Little Rock in this case and related case No. 4:20-cv-191-DPM on 12 December 2022 through 16 December 2022. At the end of trial, from the bench the Court made various procedural rulings, decided liability, decided that the named plaintiffs in each case had been damaged, and directed post-trial briefing with individual-specific calculations based on the evidence received at trial and argument on the amount of each plaintiff's damages. The Court entered an Order confirming these rulings. With the benefit of the parties' briefs and calculations, the Court entered a further Order on damages. And the Court now enters Judgment to capture all these rulings.

2. Michael E. Hames shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $36.49. James Kenley shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $1,354.93. Michael Hames Jr. is dismissed without prejudice.

3. Michael E. Hames and Kenley shall also have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for a reasonable attorney's fee and costs as allowed by law. Motion for fees and costs due by 31 October 2023.

4. This Judgment shall bear interest at a rate of 5.46% until paid in full. 28 U.S.C. § 1961(a)-(b).

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2023