| Date Billed On | Billed By | Description | Rate | Time | Value | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 10/12/2021 | Law Clerk | Preparation and drafting of complaint for Plaintiff M. Hames | $75.00 | 0.9 | $67.50 | Complaint/Summons/Service | 14 |
| 10/13/2021 | Law Clerk | Preparation and drafting of complaint for Plaintiff M. Hames | $75.00 | 1.1 | $82.50 | Complaint/Summons/Service | 18 |
| 10/14/2021 | Colby Qualls | Conference with Laura re drafting complaint | $150.00 | 0.1 | $15.00 | In House Communication | 22 |
| 10/14/2021 | Law Clerk | Preparation and drafting of notice of related case | $75.00 | 0.5 | $37.50 | Complaint/Summons/Service | 32 |
| 10/15/2021 | Law Clerk | Preparation and drafting of CTJ for Plaintiff M. Hames | $75.00 | 0.2 | $15.00 | Complaint/Summons/Service | 36 |
| 10/15/2021 | Law Clerk | Preparation and drafting of CTJ for Plaintiff J. Kenley | $75.00 | 0.1 | $7.50 | Complaint/Summons/Service | 37 |
| 10/15/2021 | Law Clerk | Preparation and drafting of CTJ for Plaintiff M. E. Hames | $75.00 | 0.1 | $7.50 | Complaint/Summons/Service | 38 |
| 10/15/2021 | Colby Qualls | Conference with Laura re complaint | $150.00 | 0.1 | $15.00 | In House Communication | 41 |
| 10/15/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.3 | $22.50 | Client Communication | 46 |
| 10/15/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 47 |
| 10/15/2021 | Law Clerk | Work on Client's file: revised and saved call notes to file | $75.00 | 0.3 | $22.50 | Case Management | 48 |
| 10/15/2021 | Law Clerk | Editing and Revision of complaint | $75.00 | 1.1 | $82.50 | Complaint/Summons/Service | 49 |
| 10/15/2021 | Colby Qualls | Conference with Laura re complaint | $150.00 | 0.1 | $15.00 | In House Communication | 51 |
| 10/15/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 54 |
| 10/15/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 58 |
| 10/15/2021 | Colby Qualls | Reviewing and Editing and revision of draft of Complaint | $150.00 | 0.2 | $30.00 | Complaint/Summons/Service | 59 |
| 10/15/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 60 |
| 10/15/2021 | Colby Qualls | Conference with Laura via electronic communication re complaint | $150.00 | 0.1 | $15.00 | In House Communication | 61 |
| 10/15/2021 | Law Clerk | Editing and revision of complaint | $75.00 | 0.3 | $22.50 | Complaint/Summons/Service | 62 |
| 10/18/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 63 |
| 10/18/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.2 | $15.00 | Client Communication | 64 |
| 10/19/2021 | Law Clerk | Work on Client's file: saving docs from M. Hames Jr. to file | $75.00 | 0.1 | $7.50 | Discovery Related | 68 |
| 10/19/2021 | Law Clerk | Receipt and review of route spreadsheets from M. Hames Jr. | $75.00 | 0.1 | $7.50 | Discovery Related | 69 |
| 10/25/2021 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.1 | $7.50 | Client Communication | 84 |
| 11/3/2021 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 86 |
| 11/3/2021 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 87 |
| 11/3/2021 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 88 |
| 11/3/2021 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 89 |
| 11/23/2021 | Colby Qualls | Conference with Staff via email re waivers of service | $150.00 | 0.1 | $15.00 | In House Communication | 94 |
| 11/30/2021 | Staff | Preparation and drafting of Waiver of Service for Stetson Courier and John Stetson | $60.00 | 0.2 | $12.00 | Complaint/Summons/Service | 96 |
| 12/27/2021 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.2 | $30.00 | Opposing Counsel Communication | 99 |
| 1/3/2022 | Colby Qualls | Conference with Staff via email re waivers of service | $150.00 | 0.1 | $15.00 | In House Communication | 104 |
| 1/3/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 105 |
| 2/24/2022 | Colby Qualls | Receipt and review of Answer | $150.00 | 0.1 | $15.00 | Case Management | 118 |
| 2/24/2022 | Colby Qualls | Receipt and review of Corporate Disclosure Statement | $150.00 | 0.1 | $15.00 | Case Management | 119 |
| 3/11/2022 | Colby Qualls | Receipt and review of ISO | $150.00 | 0.1 | $15.00 | Case Management | 125 |
| 4/20/2022 | Colby Qualls | Conference with Paralegal via email re 26(f) report | $150.00 | 0.1 | $15.00 | In House Communication | 132 |
| 4/21/2022 | Paralegal | Preparation and drafting of 26(f) report | $100.00 | 0.6 | $60.00 | Discovery Related | 133 |
| 4/23/2022 | Paralegal | Editing and revision of 26(f) report | $100.00 | 0.3 | $30.00 | Discovery Related | 134 |
| 4/25/2022 | Paralegal | Preparation and drafting of 26(f) Report re: redline changes | $100.00 | 0.1 | $10.00 | Case Management | 135 |
| 4/28/2022 | Colby Qualls | Reviewing and Editing and revision of 26(f) Report | $150.00 | 0.1 | $15.00 | Discovery Related | 136 |
| 4/28/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 137 |
| 5/2/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 140 |
| 5/2/2022 | Colby Qualls | Receipt and review of edited draft of 26(f) Report | $150.00 | 0.1 | $15.00 | Discovery Related | 141 |
| 5/4/2022 | Colby Qualls | Receipt and review of FSO | $150.00 | 0.1 | $15.00 | Case Management | 145 |
| 6/10/2022 | Colby Qualls | Conference with JS and SG via email re case strategy | $150.00 | 0.2 | $30.00 | In House Communication | 154 |
| 6/13/2022 | Paralegal | Preparation and drafting of Declaration re: MCA | $100.00 | 0.3 | $30.00 | Conditional Certification | 157 |
| 6/13/2022 | Colby Qualls | Conference with Paralegal re drafting declarations for MCA | $150.00 | 0.1 | $15.00 | In House Communication | 158 |
| 6/15/2022 | Paralegal | Preparation and drafting of initial disclosures | $100.00 | 0.4 | $40.00 | Discovery Related | 160 |
| 6/16/2022 | Paralegal | Preparation and drafting of Declaration re: changes to the first draft for M.Hames, Jr. | $100.00 | 0.1 | $10.00 | Conditional Certification | 163 |
| 6/17/2022 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.3 | $22.50 | Client Communication | 165 |
| 6/20/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 166 |
| 6/21/2022 | Law Clerk | PRIVILEGED INFORMATION | $75.00 | 0.2 | $15.00 | Client Communication | 167 |
| 6/21/2022 | Colby Qualls | Reviewing and Editing and revision of Plaintiffs' Initial Disclosures | $150.00 | 0.2 | $30.00 | Discovery Related | 168 |
| 6/21/2022 | Colby Qualls | Conference with Paralegal via electronic communication re Plaintiff's initial disclosures | $150.00 | 0.1 | $15.00 | In House Communication | 169 |
| 6/21/2022 | Paralegal | Compose electronic communication to Opposing counsel re: initial disclosures | $100.00 | 0.1 | $10.00 | Opposing Counsel Communication | 170 |
| 6/21/2022 | Paralegal | Draft Motion to Certify Class & the 7 relevant exhibits | $100.00 | 1.5 | $150.00 | Conditional Certification | 171 |
| 6/23/2022 | Paralegal | Draft Motion to Certify class re: made SR suggested changes | $100.00 | 0.2 | $20.00 | Conditional Certification | 177 |
| 7/13/2022 | Rebecca Matlock | Preparation and drafting of RIS MCA | $250.00 | 1.1 | $275.00 | Conditional Certification | 186 |
| 7/13/2022 | Colby Qualls | Conference with RM via telephone re MCA Reply | $150.00 | 0.2 | $30.00 | In House Communication | 187 |
| 7/18/2022 | Colby Qualls | Reviewing and Editing and revision of Reply in Support of MCA | $150.00 | 0.4 | $60.00 | Conditional Certification | 189 |

| Date | Who | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 7/18/2022 | Colby Qualls | Conference with RM via telephone re RIS of MCA | $150.00 | 0.1 | $15.00 | In House Communication | 190 |
| 7/18/2022 | Colby Qualls | Reviewing and Editing and revision of RIS | $150.00 | 0.2 | $30.00 | Conditional Certification | 192 |
| 10/3/2022 | Paralegal | Preparation and drafting of Joint Status Report | $100.00 | 0.5 | $50.00 | Case Management | 197 |
| 10/7/2022 | Colby Qualls | Receipt and review of draft of joint status report | $150.00 | 0.1 | $15.00 | Case Management | 198 |
| 10/7/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 199 |
| 10/11/2022 | Colby Qualls | Receipt and review of Order re Status Report | $150.00 | 0.1 | $15.00 | Case Management | 203 |
| 11/1/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 209 |
| 11/1/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 210 |
| 11/1/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 211 |
| 11/3/2022 | Colby Qualls | Conference with Paralegal re scheduling depositions | $150.00 | 0.1 | $15.00 | In House Communication | 212 |
| 11/3/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 215 |
| 11/3/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 216 |
| 11/3/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.2 | $30.00 | Opposing Counsel Communication | 217 |
| 11/4/2022 | Colby Qualls | Receipt and review of Motion to Withdraw as Attorney | $150.00 | 0.1 | $15.00 | Case Management | 218 |
| 11/7/2022 | Colby Qualls | Receipt and review of Order denying MTW as moot | $150.00 | 0.1 | $15.00 | Case Management | 223 |
| 11/7/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 224 |
| 11/7/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 225 |
| 11/7/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 226 |
| 11/7/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 227 |
| 11/7/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 228 |
| 11/7/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 229 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 230 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 232 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 233 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 234 |
| 11/8/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 235 |
| 11/8/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 236 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 237 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 238 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 239 |
| 11/8/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 240 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 241 |
| 11/8/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 242 |
| 11/9/2022 | Colby Qualls | Receipt and review of documents from Defendants | $150.00 | 0.2 | $30.00 | Discovery Related | 243 |
| 11/9/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC's office | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 244 |
| 11/9/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication | 245 |
| 11/9/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 246 |
| 11/9/2022 | Colby Qualls | Conference with Paralegal re client status update | $150.00 | 0.1 | $15.00 | In House Communication | 247 |
| 11/9/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 248 |
| 11/9/2022 | Colby Qualls | Conference with Staff re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 250 |
| 11/9/2022 | Colby Qualls | Conference with Paralegal via email re documents from Client | $150.00 | 0.1 | $15.00 | In House Communication | 251 |
| 11/9/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 252 |
| 11/9/2022 | Staff | Work on Client's file: damages | $60.00 | 0.9 | $54.00 | Damages | 254 |
| 11/10/2022 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication | 255 |
| 11/10/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 1.1 | $165.00 | Client Communication | 256 |
| 11/10/2022 | Colby Qualls | Examination of client documents | $150.00 | 0.2 | $30.00 | Discovery Related | 257 |
| 11/10/2022 | Colby Qualls | Conference with Paralegal re document production | $150.00 | 0.1 | $15.00 | In House Communication | 258 |
| 11/10/2022 | Colby Qualls | Conference with Jarod via electronic communication re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 259 |
| 11/10/2022 | Staff | Work on Client's file: damages | $60.00 | 0.3 | $18.00 | Damages | 260 |
| 11/10/2022 | Colby Qualls | Conference with Jarod via electronic communication re re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 261 |
| 11/10/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 262 |
| 11/10/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 264 |
| 11/10/2022 | Paralegal | Preparation and drafting of Document production | $100.00 | 0.9 | $90.00 | Discovery Related | 265 |
| 11/10/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 266 |
| 11/10/2022 | Colby Qualls | Conference with Jarod via electronic communication re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 267 |
| 11/10/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 268 |
| 11/10/2022 | Colby Qualls | Conference with Paralegal via email re document production | $150.00 | 0.1 | $15.00 | In House Communication | 269 |
| 11/10/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.5 | $75.00 | Client Communication | 270 |
| 11/10/2022 | Paralegal | Preparation and drafting of document production re: Kenley | $100.00 | 0.7 | $70.00 | Discovery Related | 271 |
| 11/10/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.6 | $90.00 | Client Communication | 272 |
| 11/10/2022 | Colby Qualls | Conference with DF re depo prep | $150.00 | 0.2 | $30.00 | In House Communication | 273 |
| 11/10/2022 | Colby Qualls | Conference with JS and VK via email re trial plan | $150.00 | 0.1 | $15.00 | In House Communication | 276 |
| 11/11/2022 | Colby Qualls | Examination of client document production | $150.00 | 0.2 | $30.00 | Discovery Related | 279 |
| 11/11/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 280 |
| 11/11/2022 | Paralegal | Preparation and drafting of document production re: J. Kenley re: deposition document changes | $100.00 | 0.2 | $20.00 | Discovery Related | 281 |
| 11/11/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 282 |
| 11/11/2022 | Colby Qualls | Examination of client document production | $150.00 | 0.6 | $90.00 | Discovery Related | 283 |
| 11/11/2022 | Colby Qualls | Conference with Paralegal re document production | $150.00 | 0.1 | $15.00 | In House Communication | 284 |

| Date | Person | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 11/11/2022 | Paralegal | Compose electronic communication to OC re: Michael E. Hames' deposition documents | $60.00 | 0.1 | $6.00 | Opposing Counsel Communication | 286 |
| 11/11/2022 | Colby Qualls | Conference with Paralegal via electronic communication re document production from Client | $150.00 | 0.1 | $15.00 | In House Communication | 287 |
| 11/11/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 289 |
| 11/11/2022 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 290 |
| 11/11/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 291 |
| 11/11/2022 | Paralegal | Compose electronic communication to OC re: updated mileage spreadsheets | $100.00 | 0.1 | $10.00 | Opposing Counsel Communication | 292 |
| 11/11/2022 | Colby Qualls | Deposition of Michael E Hames | $150.00 | 1.4 | $210.00 | Deposition Related | 293 |
| 11/14/2022 | Paralegal | Work on Client's file: added Hames, Jr.'s deposition documents to file | $100.00 | 0.1 | $10.00 | Deposition Related | 294 |
| 11/14/2022 | Colby Qualls | Conference with Paralegal via email re client documents | $150.00 | 0.1 | $15.00 | In House Communication | 295 |
| 11/14/2022 | Colby Qualls | Conference with Jarod via electronic communication re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 296 |
| 11/14/2022 | Colby Qualls | Conference with Jarod via electronic communication re damages calculations | $150.00 | 0.1 | $15.00 | In House Communication | 297 |
| 11/14/2022 | Paralegal | Preparation and drafting of deposition document production re: Michael Hames Jr. | $100.00 | 1 | $100.00 | Deposition Related | 298 |
| 11/14/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 299 |
| 11/14/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 300 |
| 11/14/2022 | Colby Qualls | Examination of client documents | $150.00 | 0.1 | $15.00 | Discovery Related | 301 |
| 11/14/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 302 |
| 11/14/2022 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 303 |
| 11/14/2022 | Staff | Work on Client's file: damages | $60.00 | 0.6 | $36.00 | Damages | 304 |
| 11/14/2022 | Colby Qualls | Conference with VK via telephone re trial plan | $150.00 | 0.2 | $30.00 | In House Communication | 305 |
| 11/14/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 306 |
| 11/15/2022 | Colby Qualls | Examination of client documents | $150.00 | 0.4 | $60.00 | Discovery Related | 307 |
| 11/15/2022 | Colby Qualls | Conference with Paralegal via email re document production | $150.00 | 0.1 | $15.00 | In House Communication | 308 |
| 11/15/2022 | Colby Qualls | Examination of client documents | $150.00 | 0.1 | $15.00 | Discovery Related | 309 |
| 11/15/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 310 |
| 11/15/2022 | Colby Qualls | Conference with Paralegal re document production | $150.00 | 0.1 | $15.00 | In House Communication | 311 |
| 11/15/2022 | Paralegal | Work on Client's file: work on document production re: Michael Hames Jr. | $100.00 | 1 | $100.00 | Discovery Related | 312 |
| 11/15/2022 | Colby Qualls | Conference with Paralegal via email re document production | $150.00 | 0.1 | $15.00 | In House Communication | 313 |
| 11/15/2022 | Paralegal | Compose, prepare and send correspondence to OC re: deposition documents re: Hames, Jr/ Kenley | $100.00 | 0.1 | $10.00 | Opposing Counsel Communication | 314 |
| 11/16/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 315 |
| 11/16/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 316 |
| 11/22/2022 | Colby Qualls | Receive, read and prepare response to email(s) from court reporter | $150.00 | 0.1 | $15.00 | Deposition Related | 318 |
| 12/1/2022 | Colby Qualls | Receive, read and prepare response to email(s) from Court reporter | $150.00 | 0.1 | $15.00 | Deposition Related | 319 |
| 12/7/2022 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 320 |
| 5/15/2023 | Colby Qualls | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 328 |
| 10/6/2023 | Rebecca Matlock | Preparation and Drafting of Fee Petition: check billing invoice for duplicative/vague billing, privilege | $250.00 | 0.5 | $125.00 | Fee Petition | 331 |
| 10/19/2023 | Rebecca Matlock | Preparation and Drafting of Fee Petition: Motion, JS dec and BIS | $250.00 | 1 | $250.00 | Fee Petition | 332 |
| 10/25/2023 | Rebecca Matlock | Preparation and Drafting of Fee Petition: finalize motion package, billing invoice | $250.00 | 0.5 | $125.00 | Fee Petition | 333 |
| | | | | 38.1 | $4,892.00 | | |