| Date | Description | Amount |
|---|---|---|
| 10/21/2021 | Filing Fee | $402.00 |
| **Total** | | $402.00 |