IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL HAMES, JR.; MICHAEL
E. HAMES; and JAMES KENLEY,
Each Individually and on Behalf
of All Others Similarly Situated                                                PLAINTIFFS

v.                              No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                                DEFENDANTS

ORDER

1.     After the parties spent over three years vigorously litigating this wage case, the Court held a bench trial on the liability issues and ruled on damages after post-trial briefing. *Doc. 28, 33 & 34*. A dispute about attorney's fees and costs remains. Counsel for the couriers spent 38.1 hours on this case, for which they request $4,892.00 in attorneys' fees and $402.00 in costs. Stetson requests that the Court reduce the attorneys' fees by 65%, but does not object to the costs. The Court must determine the number of hours reasonably expended multiplied by a reasonable hourly rate, and then make any appropriate reductions or additions. *Hensley v. Eckerhart*, 461 U.S. 424, 433-40 (1983); *Quigley v. Winter*, 598 F.3d 938, 956-59 (8th Cir. 2010).

2.     The Court agrees with Stetson that the proposed rates are too high for this kind of work in this District. Hourly rates have

increased in recent years. To reflect that circumstance, the Court awards fees for these listed hours and at these rates:

| | | | | |
|---|---|---|---|---|
| Colby Qualls | 17.3 hours | x $125/hour | = $ | 2,162.50 |
| Rebecca Matlock | 3.1 hours | x $175/hour | = $ | 542.50 |
| Paralegal | 9.3 hours | x $100/hour | = $ | 930.00 |
| Law Clerk | 6.4 hours | x $75/hour | = $ | 480.00 |
| | | | $ | 4,115.00 |

3.   The Court must also make an across-the-board reduction to arrive at a reasonable fee. *Hensley*, 461 U.S. at 434-37. Counsel's self-audit and voluntary trims are commendable. An additional 15% reduction is reasonable, though, to account for some inefficiencies. The Court also had to sort damages issues that should have been better addressed by counsel. All material things considered, the Court awards the $3,497.75 as the reasonable attorney's fee for the work in this case. *Ibid.*; *Vines v. Wellspun Pipes, Inc.*, 9 F.4th 849, 855-56 (8th Cir. 2021).

4.   The Court also awards the requested costs. Fed. R. Civ. P. 54(d)(1); 28 U.S.C. § 1920. The filing fee is recoverable, 28 U.S.C. § 1920(1). Here's the final award:

| | |
|---|---|
| Attorneys' Fees | $3,497.75 |
| Costs | $ 420.00 |
| Total | $3,917.75 |

\* \* \*

Motion for fees and costs, *Doc. 35*, mostly granted and partly denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2023