FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 0 2024

TAMMY H. DOWNS, CLERK
By: _____
CEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES KENLEY,**                    **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.                           Case No. 3:21-cv-218-DPM

**STETSON COURIER, INC.**                              **DEFENDANTS**
**and JOHN STETSON**

## ALLEGATIONS AND INTERROGATORIES

Plaintiffs Michael E. Hames and James Kenley, by and through their attorneys of Sanford Law Firm, PLLC, hereby state these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.      As of 15 December 2023, Michael E. Hames and James Kenley were awarded Judgments against Defendants Stetson Courier, and John Stetson, in the total amounts of $1,391.42 in damages and $3,917.75 in attorneys' fees and costs, for a total of $5,309.17.

2.      The judgment is now outstanding and in full force and effect. The full outstanding balance of $5,309.17 remains unpaid as of February 20, 2024.

3.      Plaintiffs believe that Garnishee is indebted to one or more Defendants or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to one or more Defendants. Therefore, Plaintiffs propound the following interrogatories to Garnishee:

## INTERROGATORIES

1.      Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Stetson Courier, Inc., and/or John Stetson?

2.      If so, what is the nature and value thereof?

Respectfully submitted,

**MICHAEL E. HAMES and JAMES KENLEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com