IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES KENLEY,**          **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.                    Case No. 3:21-cv-218-DPM

**STETSON COURIER, INC.**                       **DEFENDANTS**
**and JOHN STETSON**

### RESPONSE TO DEFENDANTS' OBJECTIONS TO APPLICATION FOR WRIT OF GARNISHMENT

In objecting to Plaintiffs' Application for Writ of Garnishment, Defendants provide no legal basis for the Court to deny Plaintiffs' requested relief. Although Defendants state that they are "making payments consistent with the understanding between the parties," see ECF No. 42 at ¶ 4, **Plaintiffs never agreed to forego collection efforts in return for Defendants' proposed payments**. A copy of the correspondence between counsel for the Parties regarding Defendants' proposed payment plan is attached hereto as Exhibit 1. Plaintiffs have been consistent in their dissatisfaction with the payments in the filings before this Court. *See* Plaintiffs' Report on Payments, *Roy Holmes, et al. v. Stetson Courier, Inc., et al*, Case No. 4:20-cv-191, ECF No. 149 at ¶ 9: "Plaintiffs remain unsatisfied with the amount of the weekly payments and would prefer immediate payment of the owed sum." Even if the Court determines that an implied agreement existed, Defendants defaulted on that agreement. As of today's date, Plaintiffs have received 10 weekly payments of $1,000.00 and 3 weekly payments of

Page 1 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Response to Defendants' Objections to Application for Writ of Garnishment

$250.00, when according to Defendants' proposed payment schedule each weekly payment was to be in the amount of $1,000.00.

                                        Respectfully submitted,

**MICHAEL E. HAMES and JAMES KENLEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Response to Defendants' Objections to Application for Writ of Garnishment