**From:** Samuel Brown <samuel@sanfordlawfirm.com>
**Sent:** Tuesday, November 21, 2023 1:35 PM
**To:** Alex Clark <aclark@roselawfirm.com>
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** Re: Holmes and Hames v Stetson Courier Judgments

External Email

Alex, attached is the firm's trust account information for purposes of Mr. Stetson making the weekly payments. Do you know when we can be on the lookout for the first of those?



**Samuel Brown**
Attorney at Law , Sanford Law Firm

800-615-4946 (Main) | 501-500-9744 (Direct)

samuel@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

 No. 1 Plaintiff Employment Law Firm in the U.S. 

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Tue, Nov 21, 2023 at 1:27 PM Josh Sanford <josh@sanfordlawfirm.com> wrote:

> Obviously our clients want their money as soon as possible.  We are not going to turn down the idea of getting money flowing to them.
>
>> On Nov 21, 2023, at 10:43 AM, Alex Clark <aclark@roselawfirm.com> wrote:
>>
>> Josh and Samuel,
>>
>> Mr. Stetson has authorized me to tell you that he can start making a $1000 per week payment via ACH, and continue to do so until the amount of judgment is satisfied. If this is acceptable, I will let him know. If it is not, please let me know what additional or revised terms you would like to propose, if any.
>>
>> Thanks,

&lt;image001.png&gt; | **Alex Clark**
**Member**
120 East Fourth Street, Little Rock, AR 72201
p: (501) 377-0447    f: (501) 375-1309
RoseLawFirm.com

Rose Law Firm, a Professional Association | **Confidentiality Notice:** This message may constitute a confidential attorney-client communication. It is intended exclusively for the individual or entity to which it is addressed. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.