**CHASE**

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 05 2024

TAMMY H. DOWNS, CLERK
By: _____
                          DEP CLERK

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201

**RE: MICHAEL E. HAMES ET AL v. JOHN STETSON, STETSON COURIER INC Case No.: 321CV218DPM, AR- United States District Court Eastern District of Arkansas Northern Division**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): JOHN STETSON, STETSON COURIER INC

Accounts which are held:

| **Account Number** | **Amount of Hold** | **Present Balance** |
|---|---|---|
| 0392 | 5365.36 | 1730.65 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| Answer1 | YES |
|---|---|
| Answer2 | BUSINESS CHECKING ENDING IN 0392 BAL: 1730.65 NO ACCOUNTS FOUND FOR JOHN STETSON |
| SIGNATURE | /S/ PRISCILLA M GALARZA |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

PRISCILLA M GALARZA
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Friday, Feb 23, 2024

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA  71203-4774



2024 MAR -5  A 9: 40

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201

**RE: MICHAEL E. HAMES ET AL v. JOHN STETSON, STETSON COURIER INC Case No.: 321CV218DPM, AR- United States District Court Eastern District of Arkansas Northern Division**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): JOHN STETSON, STETSON COURIER INC

Accounts which are held:

| **Account Number** | **Amount of Hold** | **Present Balance** |
| --- | --- | --- |
| 0392 | 5365.36 | 1730.65 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

### Answers

| Answer1 | YES |
| --- | --- |
| Answer2 | BUSINESS CHECKING ENDING IN 0392 BAL: 1730.65 NO ACCOUNTS FOUND FOR JOHN STETSON |
| SIGNATURE | /S/ PRISCILLA M GALARZA |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

PRISCILLA M GALARZA
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Monday, Feb 26, 2024

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774



2024 MAR -5  A 9: 50

TAMMY H DOWNS

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201