IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL E. HAMES and JAMES KENLEY,** Each individually and on Behalf of All Others Similarly Situated | | **PLAINTIFFS** |
| vs. | Case No. 3:21-cv-218-DPM | |
| **STETSON COURIER, INC. and JOHN STETSON** | | **DEFENDANTS** |

## MOTION TO WITHDRAW AS COUNSEL

Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Motion to Withdraw as Counsel, states:

1. Defendants Stetson Courier, Inc. and John Stetson (collectively, Defendants) engaged Counsel for representation in the above-referenced matter.

2. Counsel tried this matter in December 2022, and the Court has ruled and issued judgment on all post-briefing matters related to damages and attorneys' fees and costs.

3. Counsel's representation of Defendants has concluded.

WHEREFORE, Alexander D. Clark respectfully requests permission from the Court to withdraw as counsel for Defendants in this matter.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEYS FOR DEFENDANTS**