IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES KENLEY,**   **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.   Case No. 3:21-cv-218-DPM

**STETSON COURIER, INC.**   **DEFENDANTS**
**and JOHN STETSON**

### RESPONSE TO DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL

Plaintiffs Michael E. Hames and James Kenley, individually and on behalf of all others similarly situated, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Response to Motion to Withdraw as Counsel, hereby state and allege as follows:

1.  Plaintiffs have no objection to Defendants' withdrawal of counsel, if they first provide Defendants' current address, phone numbers, and email addresses for purposes of communications regarding the outstanding balance of the Judgments.

WHEREFORE, premises considered, Plaintiffs request that the Court deny and dismiss the Motion to Withdraw as Counsel, or that Defendants first provide the requested information.

Page 1 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Response to Defendants' Motion to Withdraw as Counsel

Respectfully submitted,

**MICHAEL E. HAMES and JAMES KENLEY, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Response to Defendants' Motion to Withdraw as Counsel**