IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES KENLEY,**           **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.                          Case No. 3:21-cv-218-DPM

**STETSON COURIER, INC.**                        **DEFENDANTS**
**and JOHN STETSON**

## MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS

Plaintiffs Michael Hames and James Kenley, by and through their undersigned attorney, for their Motion for Entry of Order to Disburse Funds do hereby state and allege as follows:

1. On 29 September 2023, this Court entered a Judgment in favor of Plaintiffs against Defendants for $1,391.42, and on 15 December 2023, this Court entered a Judgment of $3,917.75 attorneys' fees and costs, for a total of $5,309.17. *See* Judgment, ECF Nos. 34 & 39.

2. As of 4 April 2023, the balance of the Judgment remains outstanding in the amount of $5,365.36. The Clerk of Court has issued a Writ of Garnishment which was served upon J.P. Morgan Chase Bank ("Garnishee"). ECF No. 45.

3. On 5 March 2024, Garnishee answered the Writ and admitted that Defendant has funds in an account with Garnishee in the total available amount of $1,730.65. ECF No. 44.

Page 1 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Motion for Entry of Order to Disburse Funds

4. To the extent possible, Plaintiffs hereby waive the apparent procedural deficiencies to the answer to J.P. Morgan Chase's answer to the garnishment documents identified in the Court's April 1 Order.

5. Plaintiffs respectfully request this Court to enter an Order directing Garnishee to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $1,730.65, and that the same amount be credited against the judgment debt.

WHEREFORE, Plaintiffs Michael Hames and James Kenley respectfully pray that their Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find them entitled.

Respectfully submitted,

**PLAINTIFFS MICHAEL HAMES and JAMES KENLEY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Michael Hames, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 3:21-cv-218-DPM
Motion for Entry of Order to Disburse Funds