AMENDED

**CHASE ◯**
Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 06 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201

**RE: MICHAEL E. HAMES ET AL v. JOHN STETSON, STETSON COURIER INC Case No.: 321CV218DPM, AR- United States District Court Eastern District of Arkansas Northern Division**

JPMorgan Chase Bank, N.A. is in receipt of your Post Judgment Garnishment against the following debtor(s): JOHN STETSON, STETSON COURIER INC

Accounts which are held:

| **Account Number** | **Amount of Hold** | **Present Balance** |
|---|---|---|
| 0392 | 5365.36 | 1730.65 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| Answer1 | YES |
|---|---|
| Answer2 | BUSINESS CHECKING ENDING IN 0392 BAL: 1730.65 NO ACCOUNTS FOUND FOR JOHN STETSON |
| Certificate of Service | Writ and notice to judgment debtor has been placed for mailing on 04/24/2024 to judgment debtor. Answer has been placed for mailing on 04/24/2024 to judgment debtor and creditor. Orignal answer was sent on 02/21/2024 and amended response sent 04/24/2024 |
| Signature | I declare under penalty of perjury that the foregoing is true and correct. Executed on 04/24/2024. /S / SELENE MACIAS |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Post Judgment Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

AR- United States District Court Eastern District of Arkansas Northern Division
500 West Capitol Avenue
LITTLE ROCK, AR 72201