## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES
KENLEY, Each Individually and on
Behalf of All Others Similarly Situated**

                                                                      **PLAINTIFFS**

**v.**                           **No. 3:21-cv-218-DPM**

**STETSON COURIER, INC.,
and JOHN STETSON**                                    **DEFENDANTS**

**J.P. MORGAN CHASE BANK**                            **GARNISHEE**

### ORDER

Motion for disbursement of funds, *Doc. 49,* granted.  J.P. Morgan filed more interrogatory answers after the motion was filed, but they're still unverified and it's unclear if they're signed by counsel. *Doc. 50.*  The plaintiffs waived the deficiencies in J.P. Morgan's first answer. *Doc. 49 at 2.*  And Stetson hasn't opposed the motion.  In the circumstances, the Court directs J.P. Morgan to pay $1,730.65 to the plaintiffs, care of their lawyers, Sanford Law Firm, PLLC in Little Rock, Arkansas.  The writ of garnishment, *Doc. 40,* is discharged.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 May 2024