IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL E. HAMES and JAMES KENLEY,**                                        **PLAINTIFFS**
**Each individually and on Behalf of All**
**Others Similarly Situated**

**vs.**                                  Case No. 3:21-cv-218-DPM

**STETSON COURIER, INC.**                                              **DEFENDANTS**
**and JOHN STETSON**

### RENEWED MOTION TO WITHDRAW AS COUNSEL

Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Renewed Motion to Withdraw as Counsel, states:

1.      Defendants Stetson Courier, Inc. and John Stetson (collectively, Defendants) engaged Counsel for representation in the above-referenced matter.

2.      On April 3, 2024, Counsel filed his Motion to Withdraw as Counsel for Defendants on the basis that his engagement as Counsel for Defendants had concluded.

3.      On April 17, 2024, the Court denied the Motion to Withdraw without prejudice and advised that Counsel may renew the Motion after new counsel appears for Defendants, as the entity must have a lawyer. The Court further instructed Stetson Courier (and preferably John Stetson) to secure counsel as soon as practicable.

4.      As of the Date of this Motion, over three months after the April 17, 2024, Order on the original Motion to Withdraw, Defendants have not obtained new counsel.

5.      Despite numerous attempts to contact Defendants in the past month, Counsel's efforts have been unsuccessful, and, as a consequence, Counsel's ability to provide effective representation to Defendants has been limited.

1

6.      Counsel is unaware of any steps taken by Defendants to retain new counsel for Stetson Courier.

7.      Counsel notified Defendants of his intent to file this Motion.

8.      Counsel respectively requests that the Court reconsider Counsel's request to withdraw from representation of Defendants.

WHEREFORE, Alexander D. Clark respectfully requests permission from the Court to withdraw as counsel for Defendants in this matter.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANTS**